IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No.: 4:22-cv-00027-BO

| | |
|---|---|
| PATSY TALLEY,<br><br>    Plaintiff,<br><br> v.<br><br>DALE R. FOLWELL, individually and in his official capacity as TREASURER OF THE STATE OF NORTH CAROLINA; TEACHERS' AND STATE EMPLOYEES' RETIREMENT SYSTEM (TSERS) OF NORTH CAROLINA; NORTH CAROLINA DEPARTMENT OF STATE TREASURER, RETIREMENT SYSTEMS DIVISION; and the members of the TSERS Board of Trustees both individually and in their official capacity: LENTZ BREWER, JOHN EBBIGHAUSEN, VERNON GAMMON, DIRK GERMAN, BARBARA GIBSON, LINDA GUNTER, OLIVER HOLLEY, GREG PATTERSON, MARGARET READER, JOSHUA SMITH, CATHERINE TRUITT, JEFFREY WINSTEAD, and THE STATE OF NORTH CAROLINA,<br><br>    Defendants. | **NOTICE OF<br>OMITTED EXHIBITS TO<br>PLAINTIFF'S COMPLAINT** |

  Now comes Plaintiff and files Exhibits 1 – 4 which were erroneously omitted when filling her Complaint.

Respectfully submitted, this the 24th day of March 2022.

/S/ VALERIE L. BATEMAN
Valerie L. Bateman
NEW SOUTH LAW FIRM
N.C. Bar 13417
209 Lloyd St., Ste 350
Carrboro, NC 27510
Telephone: (919) 810-3139
Email: valerie@newsouthlawfirm.com


/S/ JUNE K. ALLISON
June K. Allison
NEW SOUTH LAW FIRM
N.C. Bar 9673
233 S. Laurel Ave.
Charlotte, NC 28207
Telephone: (704) 277-0113
Email: june@newsouthlawfirm.com

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF OMITTED EXHIBITS TO PLAINTIFF'S COMPLAINT** using the CM/ECF filing system which will automatically send email notification of such filing to all counsel of record.

This the 24th day of March 2022.

        /S/ VALERIE L. BATEMAN
        Valerie L. Bateman
        NEW SOUTH LAW FIRM