Talley v. Folwell et al
Complaint Exhibit 1 (2022.03.19 TSERS Bd of Trustees)
Page 1 of 22



# TSERS & LGERS Boards of Trustees

## Teachers' and State Employees' Retirement System Board of Trustees

The Teachers' and State Employees' Retirement System (TSERS) provides benefits to all full-time teachers and State employees in all public school systems, universities, departments, institutions, and agencies of the State. The TSERS Board of Trustees is comprised of 13 members, including eight actively working employees or retirees, as well as five public and appointed members who also serve on the Local Governmental Employees' Retirement System Board.

## Local Governmental Employees' Retirement System Board of Trustees

The Local Governmental Employees' Retirement System (LGERS) provides benefits to employees of cities, towns, counties, boards, commissions, and other entities of local government in North Carolina. Because participation by local governments is voluntary, the operation of LGERS is dependent upon the acceptance and continuing financial support of the governing bodies and employees of local governments. The LGERS Board of Trustees is comprised of 13 members, including eight members representing local governments.

## Meetings

The dates of the regular quarterly meetings of the Boards of Trustees of the Teachers' and State Employees' Retirement System and the Local Governmental Employees' Retirement System are listed below. The meetings will convene at 9:00 a.m. at our offices at 3200 Atlantic Avenue, Raleigh, North Carolina 27604, in the Dogwood Conference Room, unless otherwise indicated below.

Meeting Archives (/events/boards-past)  →

+  TSERS/LGERS Board of Trustees Meetings

| Meeting Dates/Minutes | Board Materials |
|---|---|
| January 27, 2022<br><br>9:00am - 12:00pm<br><br>Meeting Recording (https://youtu.be/REaoZVjQhM0) | <ul><li>AGENDA (/documents/files/governance/boarddocs/1-2 bot-agenda-jan-27-2022/download?attachment)</li><li>LGERS Cover Page w/SEI Evaluations (/documents/files/governance/boarddocs/1-27-2202-lg evaluations-1272022-meeting/download?attachment)</li><li>TSERS Cover Page w/SEI Evaluations (/documents/files/governance/boarddocs/1-27-2203-ts evaluations-1272022-meeting/download?attachment)</li><li>10/28/21 TSERS BOT Minutes (/documents/files/governance/boarddocs/1-27-2204-d 10292021-minutes/download?attachment)</li><li>10/28/21 LGERS BOT Minutes (/documents/files/governance/boarddocs/1-27-2205-d 10292021-minutes/download?attachment)</li><li>Operations Update (/documents/files/governance/boa operations-update-january-27-2022/download?attachm</li><li>Legislative Update (/documents/files/governance/boa legislative-update-12722/download?attachment)</li><li>State ADEC Projections (/documents/files/governance 2208-state-adec-projections/download?attachment)</li><li>State 2022 Alternatives (/documents/files/governance 2209-20220127statealternatives/download?attachmer</li><li>Local ADEC Projections (/documents/files/governance 2210-local-adec-projections/download?attachment)</li><li>Local 2022 Alternatives (/documents/files/governance 2211-20220127localalternatives/download?attachment</li><li>LEO Court Cost Offset (/documents/files/governance/ 2212-leo-court-cost-offset-memo-fy2022/download?at</li><li>Medical Board Memo (/documents/files/governance/b medical-board-memo-dr-rockwell-appointment/downlo</li></ul> |

| Meeting Dates/Minutes | Board Materials |
|---|---|
| | • Dr. David Rockwell CV (/documents/files/governance/ 2214-dr-david-allen-rockwell-cv/download?attachment |
| | • State Board Resolution on Budget (/documents/files/governance/boarddocs/1-27-2215-re board-state-budget-102821/download?attachment) |
| | • Local Board Resolution on Budget (/documents/files/governance/boarddocs/1-27-2216-re board-state-budget-102821/download?attachment) |
| | • Reemployment Earnings (/documents/files/governance 2217-reemployment-earnings-2022/download?attachm |
| | • Notices of Reappointment (/documents/files/governan 2218-reappointment-brewer/download?attachment) |
| | • GRS Actuarial Review of 2021 Accounting Disclosures (/documents/files/governance/boarddocs/1-27-2219-gr opeb-report-final/download?attachment) |
| | • 2021 North Carolina Annual Comprehensive Financial (https://files.nc.gov/ncosc/2021_Annual_Comprehensiv Bookmarks_0.pdf) |
| April 28, 2022 | |
| July 28, 2022 | |
| October 27, 2022 | |

—    Meet the TSERS Board Members



**State Treasurer Dale R. Folwell, CPA, Chair - TSERS and LGERS Boards**

Appt. By/Rep.: Ex Officio
Expiration Date: Indefinite



**Lentz Brewer - TSERS and LGERS Boards**

Appt. By/Rep.: President Pro tempore/General Public
Appointed: Aug. 8, 2013
Expiration Date: June 30, 2021



**John Ebbighausen**

Appt. By/Rep.: Governor/National Guard
Appointed: Feb. 7, 2018
Expiration: June 30, 2021



**Vernon Gammon -TSERS and LGERS Boards**

Appt. By/Rep.: Governor/General Public
Appointed: Feb. 9, 2018
Expiration Date: March 31, 2021



**Dirk German**

Appt. By/ Rep: Governor/ State Law Enforcement Officer
Appointed: Feb. 8, 2018
Expiration Date: March 31, 2021



**Barbara Gibson**

Appt. By/Rep: Ex Officio/OSHR Director
Appointed: Jan. 1, 2017
Expiration Date: Indefinite



**Linda Gunter**

Appt. By/Rep.:  Governor/Retired Teacher
Appointed: Feb. 7, 2018
Expiration Date: June 30, 2021



**Oliver Holley**

Appt. By/Rep.: Governor/ActiveTeacher
Appointed: Feb. 7, 2018
Expiration Date: June 30, 2021



**Greg Patterson - TSERS and LGERS Boards**

Appt. By/Rep.: Speaker of House/General Public
Appointed: Nov. 3, 2015
Expiration Date: June 30, 2021



**Margaret Reader**

Appt. By/Rep: Governor/Active State Employee
Appointed: July 10, 2017
Expiration Date: March 31, 2021



**Joshua Smith**

Appt. By/Rep.: Governor/General Public
Appointed: July 10, 2017
Expiration Date: March 31, 2021



**Superintendent Catherine Truitt - TSERS and LGERS Boards**

Appt. By/Rep.: Ex Officio
Appointed: Jan. 1, 2021
Expiration Date: Dec. 31, 2024



**Jeffrey Winstead**

Appt. By/Rep.: Governor/ Retired State Employee
Appointed: June 10, 2017
Expiration Date: June 30, 2021

Email the TSERS Board: tsersboard@nctreasurer.com (mailto:tsersboard@nctreasurer.com)

---

\+   Meet the LGERS Board Members



**State Treasurer Dale R. Folwell, CPA, Chair - TSERS and LGERS Boards**

Appt. By/Rep.: Ex Officio
Expiration Date: Indefinite



**Clee Atkinson**

Appt. By/Rep: Governor/Local Law Enforcement Officer
Appointed: Dec. 17, 2018
Expiration Date: March 31, 2024



**Melody Braddy**

Appt. By/Rep.:  Governor /Active Local Government Employee
Appointed: July 17, 2020
Expiration Date: March 31, 2024



**Lentz Brewer - TSERS and LGERS Boards**

Appt. By/Rep.: President Pro tempore/General Public
Appointed: Aug. 8, 2013
Expiration Date: June 30, 2021



**Tony Brown**

Appt. By/Rep.: Governor/Active County Manager
Appointed: July 10, 2020
Expiration Date: March 31, 2024



**Allen Buansi**

Appt. By/Rep.: Governor/Municipal Official
Appointed: March 27, 2018
Expiration Date: March 31, 2024



**Homer Dearmin**

Appt. By/Rep.:  Governor /Active City Manager
Appointed: July 17, 2020
Expiration Date: March 31, 2024



**Vernon Gammon -TSERS and LGERS Boards**

Appt. By/Rep.: Governor/General Public
Appointed: Feb. 9, 2018
Expiration Date: March 31, 2021



**Kevin Gordon**

Appt. By/Rep.: Governor/Firefighter
Appointed: Sept. 5, 2013
Expiration Date: March 31, 2024



**Brenda Howerton**

Appt. By/Rep.: Governor/County Commissioner
Appointed: April 1, 2016
Expiration Date:  March 31, 2024



**Jeff Morse**

Appt. By/Rep.:   Governor/Retired Local Government Employee
Appointed: July 13, 2020
Expiration Date: March 31, 2024

**Greg Patterson - TSERS and LGERS Boards**

Appt. By/Rep.: Speaker of House/General Public
Appointed: Nov. 3, 2015
Expiration Date: June 30, 2021



**Superintendent Catherine Truitt - TSERS and LGERS Boards**

Appt. By/Rep.: Ex Officio
Appointed: Jan. 1, 2021
Expiration Date: Dec. 31, 2024

Email the LGERS Board: lgersboard@nctreasurer.com (mailto:lgersboard@nctreasurer.com)

---

+ Firefighters' & Rescue Squad Workers' Pension Fund Advisory Panel

The Firefighters' and Rescue Squad Workers' Pension Fund provides a set amount retirement benefit to paid and volunteer firefighters and rescue squad workers in the state. The Advisory Panel to the Firefighters' and Rescue Squad Workers' Pension Fund is comprised of seven members, who are paid or volunteer members within the Fund and are appointed by the Local Governmental Employees' Retirement System Board of Trustees.

Legislation passed in 2013 created this Advisory Panel as an extension to the Local Governmental Employees' Retirement System. The Advisory Panel meets at least annually to discuss the status and needs of the Fire and Rescue Pension Fund, and reports its findings to the Board of Trustees of the Local Governmental Employees' Retirement System.

| Meeting Date/Minutes | Meeting Materials |
|---|---|
|  |  |

Email the Fire & Rescue Advisory Panel: Specialty.Plans@nctreasurer.com
(mailto:Specialty.Plans@nctreasurer.com)

+ Meet the Fire & Rescue Pension Fund Advisory Panel Members



**Thomas G. Causey, Chair**

Appt. By/Rep.: Ex Officio
Expiration Date: Indefinite



**Walter Beroth**

Appt. by/Rep.: LGERS Board/General Public
Appointed: April 26, 2018
Expiration Date: January 16, 2022



**Dean Coward**

Appt. by/Rep.: LGERS Board/Volunteer Firefighter
Appointed: January 16, 2014
Expiration Date: January 16, 2022



**Kevin Gordon**

Appt. by/Rep.: LGERS Board/Paid Firefighter
Appointed: January 16, 2014
Expiration Date: March 31, 2020



**Debra Poe**

Appt. by/Rep.: LGERS Board/Volunteer Rescue Squad Worker
Appointed: January 16, 2014
Expiration Date: January 16, 2022



**Gary Whitman**

Appt. by/Rep.: LGERS Board/Paid Rescue Squad Worker
Appointed: January 16, 2014
Expiration Date: January 16, 2022

*Photo
Currently
Unavailable*

**Kimberly Williams**

Appt. by/Rep: State Insurance Commissioner representative
Expiration Date: Indefinite

# Related Content

Secondary Employment Resolution 🗗

https://www.mycretirement.com/governance/boards-trustees-and-committees/tsers-lgers-boards-trustees