Talley v. Folwell et al
Complaint Exhibit 2 (2019.03.19 Letter t from D to P)
Page 1 of 1



**North Carolina**
Total Retirement Plans

NORTH CAROLINA
**DEPARTMENT OF STATE TREASURER**
RETIREMENT SYSTEMS DIVISION

DALE R. FOLWELL, CPA
STATE TREASURER OF NORTH CAROLINA

STEVEN C. TOOLE
EXECUTIVE DIRECTOR

3/19/2019

PATSY W TALLEY
6459 BROAD CREEK RD
WASHINGTON NC 27889-9735

Re: PATSY W TALLEY
Member ID 974693

Dear Ms. TALLEY:

Your overpayment balance as of 3/19/2019 is $86,173.93. Effective with your April, 2019 benefit payment, our office will begin monthly deductions of $926.35 to be applied to the overpayment balance.

If we may be of further assistance, please contact us at the address or telephone number listed below.

Sincerely,

*Vicki Roberts*

Vicki Roberts
Deputy Director of Member Services
Retirement Systems Division

621_OPACK

3200 ATLANTIC AVENUE • RALEIGH, NORTH CAROLINA 27604
Telephone 1-877-NCSECURE (1-877-627-3287) toll-free • Fax (919) 855-5800
www.myncretirement.com