Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 1 of 64

| Summary Sheet of Overpayment OPTION 4 Amounts | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | System | Mbr ID | OP Time Period | # of Month | OP Total | AGE at OP | AGE 62 Date | AGE at Ret. | TERMS of Rep. |
| | TSERS | | 4/08 – 7/2018 | 124 | $120,290.68 | 71 | Apr-09 | 61:0 | 20% |
| | TSERS | | 7/08 – 7/2018 | 121 | $135,108.45 | 71 | May-09 | 61:2 | 25% |
| | TSERS | | 12/09 – 7/2018 | 104 | $64,493.02 | 71 | Oct. 2009 | 60:9 | 20% |
| | TSERS | | 12/07 – 7/2018 | 128 | $135,462.18 | 71 | Dec. 2009 | 60:0 | 25% |
| | TSERS | | 3/07 – 7/2018 | 137 | $94,206.93 | 73 | Mar-07 | 61:4 | 10% |
| | TSERS | | 7/91 - 7/18 | 325 | $295,289.33 | 84 | Nov-96 | 56:8 | 20% |
| | TSERS | | 8/10 – 7/2018 | 96 | $71,534.89 | 71 | Sep-09 | 60:3 | 40% |
| | TSERS | | 11/04-7/18 | 165 | $232,577.63 | 76 | Nov 04 | 53:8 | 30% |
| | TSERS | | 1/2010 - 7/18 | 103 | $66,126.91 | 70 | Dec. 2010 | 61:1 | 10% |
| | TSERS | | 9/05- 7/2018 | 155 | $107,943.72 | 62 | Mar-06 | 61:6 | N/A |
| | TSERS | | 1/02 – 7/2018 | 199 | $175,003.90 | 78 | Aug. 2002 | 61:5 | 50% |
| | TSERS | | 3/01 – 8/2018 | 210 | $147,152.85 | 72 | Jul-08 | 54:8 | 30% |
| | TSERS | | 8/95- 7/18 | 276 | $329,192.70 | 85 | Aug-95 | 56:7 | N/A |
| | TSERS | | 6/97 - 7/18 | 254 | $145,110.64 | 80 | Feb-00 | 59:4 | 50% |
| | TSERS | | 7/96 – 7/2018 | 265 | $216,790.82 | 84 | Nov-96 | 61:8 | 25% |
| | TSERS | | 6/06-7/2018 | 146 | $127,061.40 | 74 | Jun-06 | 60:10 | 40% |
| | TSERS | | 7/05-7/18 | 157 | $201,611.84 | 75 | Jul-05 | 57:5 | 40% |
| | TSERS | | 4/08 – 7/2018 | 124 | $73,877.49 | 72 | Apr. 2008 | 52:9 | 50% |
| | TSERS | | 3/88 - 12/18 | 370 | $163,374.42 | 80 | Apr 01 | 48:11 | 30% |
| | TSERS | | 7/09 – 7/2018 | 109 | $68,291.09 | 70 | Sept. 2010 | 60:10 | 50% |
| | TSERS | | 7/04 – 7/2018 | 169 | $217,796.02 | 76 | Dec. 2004 | 61:7 | N/A |
| | TSERS | | 4/2000-7/18 | 220 | $141,533.92 | 76 | Feb-04 | 58:2 | 10% |
| | TSERS | | 9/07- 7/2018 | 131 | $99,508.76 | 73 | Dec. 2007 | 61:9 | 10% |
| | TSERS | | 1/2010 – 7/18 | 103 | $80,840.71 | 69 | May-11 | 60:6 | N/A |
| | TSERS | | 1/05 - 7/18 | 163 | $172,841.05 | 76 | Jan-05 | 60:0 | N/A |
| | TSERS | | 10/89 – 7/2018 | 346 | $282,062.13 | 83 | Jun-97 | 54:4 | 50% |
| | TSERS | | 1/95 - 7/18 | 283 | $185,069.93 | 77 | Apr-03 | 53:9 | 20% |
| Talley, Patsy W | TSERS | 974693 | 11/08-7/2018 | 99 | $86,173.93 | 63 | Jan. 2010 | 60:10 | 10% |
| | TSERS | | 7/05 – 7/2018 | 157 | $108,787.74 | 71 | Oct. 2005 | 61:9 | 10% |
| | TSERS | | 6/10-7/18 | 98 | $54,156.83 | 70 | Jun-10 | 60:1 | 20% |
| | TSERS | | 1/91-7/18 | 331 | $13,130.10 | 82 | Dec-98 | 54:1 | $550/mo |
| | TSERS | | 1/99 – 7/2018 | 231 | $236,350.44 | 81 | May-99 | 61:8 | 20% |
| | TSERS | | 7/09-7/2018 | 109 | $116,443.37 | 70 | May-10 | 61:2 | N/A |
| | TOTAL | | | | $4,765,195.82 | | | | |

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 2 of 64

## Affirmation

I, Theresa R. Rogers, being first duly sworn, do depose and say that I am the Chief Compliance Officer for the Retirement Systems Division in the Office of State Treasurer; that I am acquainted with the facts of this case; that I have reviewed Respondent's Responses to Petitioner's First Set of Interrogatories; and that to the best of my knowledge, information, and belief, the factual statements in the responses to Interrogatory No. 2, 3, and 4 are true and accurate.

_____
Theresa R. Rogers


WAKE COUNTY, NORTH CAROLINA

Signed and sworn to before me this day by Theresa R. Rogers.

Date: 12/13/2019

_____
NOTARY PUBLIC

ANNIE B. MORGAN
NOTARY PUBLIC
WAKE COUNTY, N.C.

My Commission expires: 8/10/2022

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 3 of 64

Retirement Systems Division

## PersonalJournal Report

| Name: TALLEY, PATSY W | | Member ID: | | | |
|---|---|---|---|---|---|

| Journal Comments | Category | Contact Type | Originator | Created By | Created On |
|---|---|---|---|---|---|
| called member at 252-945-3311 could not leave message VM no set up. | Overpayments | Outgoing Call | RSD INTERNAL | DST \RET0302\TheresaRogers | 7/31/2019 1:33:33 PM |
| d member at 252-945-3311 could not leave message VM no set up. Also sent two emails requesting contact both were Undeliverable. | Overpayments | RSD INTERNAL | RSD INTERNAL | DST \RET0302\TheresaRogers | 8/22/2019 3:38:22 PM |
| Brent Talley called and left VM with contact number for his mother 252-945-3311 and himself 919-619-0264. Brent stated that someone called and told him that Rogers was calling to re-negotiate the option 4 overpayment balances. | Overpayments | Incoming Call | RSD INTERNAL | DST \RET0302\TheresaRogers | 8/26/2019 12:24:06 PM |
| Rogers called and spoke with Patsy Talley and informed that RSD could revisit the overpayment deduction which means that the amount deducted from her monthly benefit could be reduced. Rogers informed that the overpayment balance itself has not been reduced or changed. Member Talley stated that she would like to discuss reducing the deduction amount because her retirement is what she and her husband are "living off of" because "the men at her husband's company messed up his retirement". She said that she spoke with her son and attorney and asked if she could pay back 10% of her net. Rogers agreed provided member Talley with the new deduction amount 10% of net monthly benefit $185.27. Rogers informed member Talley that she would follow up with a letter confirming the new deduction amount and the deduction would begin September 2019. Member Talley said thank you so much and this will help her a lot. | Overpayments | Outgoing Call | RSD INTERNAL | DST \RET0302\TheresaRogers | 8/26/2019 12:36:13 PM |
| Uploaded email from Brent Talley. | Overpayments | RSD INTERNAL | RSD INTERNAL | DST \RET0302\TheresaRogers | 8/29/2019 8:58:45 AM |
| uploaded second email from Brent Talley. | Overpayments | Email | RSD INTERNAL | DST \RET0302\TheresaRogers | 8/29/2019 10:42:46 AM |
| Sent response email to member Talley. uploaded email. | Overpayments | Email | RSD INTERNAL | DST \RET0302\TheresaRogers | 8/29/2019 12:02:19 PM |
| Uploaded final affidavit | Overpayments | RSD INTERNAL | RSD INTERNAL | DST \RET0302\TheresaRogers | 11/25/2019 2:26:24 PM |
| Forwarded email from Brent Talley to Patrick Kinlaw per team lead. jdh | Overpayments | Email | | DST\RET0389\JakeHowe | 4/10/2019 10:43:31 AM |

ORBIT - PersonalJournal Version # 1

Page 1 of 7

Report created by: Theresa Rogers     On: 12/3/2019 4:44:52 PM

001

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 4 of 64

Retirement Systems Division

| Name: TALLEY, PATSY W | | Member ID: | | SSN: | |
|---|---|---|---|---|---|

| Journal Comments | Category | Contact Type | Originator | Created By | Created On |
|---|---|---|---|---|---|
| 621 Overpayment balance as of today's date correspondence has been generated. | Comment | | | DST \RET0964\FondaPage | 3/19/2019 6:01:17 PM |
| Per Steve Toole's request Compliance's Audit Team conducted a subsequent review of the process owner's overpayment calculation for members identified in the Option Four (4) Final Report attached to the "Option Four (4) Overpayment Review" email dated February 4, 2019. Added to each member's A/X file is an Option Four (4) packet that contains the process owner's overpayment calculation work papers as well as Compliance's Audit Team overpayment calculation work papers. The packet has been uploaded as "Audit" document type. Please see packet for details. | Comment | RSD INTERNAL | RSD INTERNAL | DST \RET0302\TheresaRogers | 2/12/2019 4:21:04 PM |
| Option Four-(4) overpayment letter mailed to member. Document type "CO". | Comment | RSD INTERNAL | RSD INTERNAL | DST \RET0302\TheresaRogers | 2/25/2019 11:49:56 AM |
| Phoned member, left msg for return call. | Comment | Outgoing Call | RSD INTERNAL | DST \RET0964\FondaPage | 3/5/2019 2:36:40 PM |
| Phoned member, left msg for return call. | Comment | Outgoing Call | RSD INTERNAL | DST \RET0964\FondaPage | 3/7/2019 10:55:56 AM |
| Phoned member, left msg. Letter mailed, deduction set. | Comment | Outgoing Call | RSD INTERNAL | DST \RET0964\FondaPage | 3/19/2019 10:45:20 AM |
| 310 Notification to the member that we have notified the Department of Revenue of their overpayment correspondence has been generated. | Comment | | | SelfService | 3/1/2019 6:01:43 PM |
| 241 Notify of single payment for underpayment, any size correspondence has been generated. | Comment | | | DST\RET0267\TonjaHunt | 8/16/2018 6:06:08 PM |
| Phoned member to explain reduction/letter, left msg. | Comment | Outgoing Call | | DST \RET0964\FondaPage | 8/22/2018 1:37:38 PM |
| 702 Notify member of security upgrade for ORBIT account correspondence has been generated. | Comment | | | DST \RET0380\BrandonPunch | 4/4/2018 6:12:23 PM |

002

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 5 of 64

Retirement Systems Division

| Name: TALLEY, PATSY W | | Member ID: ████ | | SSN: ████ | |
|---|---|---|---|---|---|

| Journal Comments | Category | Contact Type | Originator | Created By | Created On |
|---|---|---|---|---|---|
| Mbr called to update address. Verified account. Updated address and also mailed copy of 1099R. Transferred to survey. | Acct Info/change | Incoming Call | | DST \RET0380\BrandonPunch | 4/4/2018 5:09:36 PM |
| New Address Added. | Comment | | | DST \RET0380\BrandonPunch | 4/4/2018 5:07:31 PM |
| Health insurance deduction added with the following details:<br><br>Insurance Name:  Smart Choice Standard<br>Plan:  Retiree Only<br>Coverage:  Medicare Member Only<br>Effective Date:  12/1/2012 | Health Insurance - SHP | RSD INTERNAL | RSD INTERNAL<br><br>RSD INTERNAL | BATCHJOB \SHPIN:LOAD | 11/5/2012 6:37:24 AM |
| 241 Notify of single payment for underpayment, any size (MNYCHNG)  correspondence has been generated. | Comment | | | DST\RET0267\TonjaHunt | 4/26/2010 9:58:04 PM |
| 241 Notify of single payment for underpayment, any size (MNYCHNG)  correspondence has been generated. | Comment | | | DST \RET0273\JillGiddens | 4/23/2010 9:48:50 PM |
| Request Type: Retirement Recalculation<br>Comments: Please recalculate retirement b/c more money was reported.<br>Caller Information:<br>Name: PATSY TALLEY<br>Contact Phone Number: (252)975-2537<br>Contact Email: ptalley@beaufort.k12.nc.us<br>Originator: RSD Internal<br>Correspondence Address: 831 W 2ND ST - WASHINGTON, NC 27889<br> | Retirement Benefits - Info | RSD INTERNAL | RSD INTERNAL | DST\RET0267\TonjaHunt | 4/22/2010 1:31:00 PM |
| Workflow updated. | Comment | | RSD INTERNAL | SYSTEM INITIAL ROUTING | 4/22/2010 1:37:51 PM |

003

ORBIT - PersonalJournal Version # 1

Report created by:     Theresa Rogers          On:  12/3/2019 4:44:52 PM

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 6 of 64

Retirement Systems Division

| | Name: TALLEY, PATSY W | | Member ID: | | SSN: | |

| Journal Comments | Category | Contact Type | Originator | Created By | Created On |
|---|---|---|---|---|---|
| 113 Notify of reduction due to Option 4 (CO) correspondence has been generated. | Comment | | | DST\bpaswebprod | 12/21/2009 9:52:51 PM |
| 113 Notify of reduction due to Option 4 (CO) correspondence has been generated. | Comment | | | DST\bpaswebprod | 10/26/2009 9:45:35 PM |
| 189 Introduce retiree to ORBIT (SLFSV)  correspondence has been generated. | Comment | | | DST\bpaswebprod | 11/25/2008 9:48:00 PM |
| 194 Acknowledge acceptable Form 336 (336ACK) correspondence has been generated. | Comment | | | DST \RET0065\BarbaraMalloy | 11/6/2008 9:56:53 PM |
| Request Type: Beneficiary Designation<br>Comments: Created by Workflow<br>Caller Information:<br>Correspondence Address: <br> | Comment | | | SYSTEM INITIAL ROUTING | 11/4/2008 9:08:06 AM |
| Request Type: Retirement Information Request<br>Comments: Created by Workflow<br>Caller Information:<br>Correspondence Address: <br> | Comment | | | SYSTEM INITIAL ROUTING | 10/15/2008 2:19:51 PM |
| Created by Workflow | Comment | | | SYSTEM INITIAL ROUTING | 10/17/2008 12:27:25 PM |
| Created by Workflow | Comment | | | SYSTEM INITIAL ROUTING | 10/17/2008 10:02:07 AM |
| 472 Retirement Confirmation Letter correspondence has been generated. | Comment | | | DST \RET0361\LisaLangdon | 10/16/2008 9:37:07 PM |

004

ORBIT - PersonalJournal Version # 1

Report created by:    Theresa Rogers        On:  12/3/2019 4:44:52 PM

Page 4 of 7

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 7 of 64

Retirement Systems Division

| Name: TALLEY, PATSY W | | Member ID: | | SSN: | | |
|---|---|---|---|---|---|---|

| Journal Comments | Category | Contact Type | Originator | Created By | Created On |
|---|---|---|---|---|---|
| Designating Beneficiary(ies) for the Guaranteed Refund as a Retiree correspondence has been generated. | Comment | | | DST \RET0361\LisaLangdon | 10/16/2008 9:37:05 PM |
| Member selected option: OPT4 and will recieve a benefit of: $2,703.34 | Comment | | | DST \RET0361\LisaLangdon | 10/16/2008 10:14:39 AM |
| Created by Workflow | Comment | | | SYSTEM INITIAL ROUTING | 10/15/2008 2:19:48 PM |
| Retirement Calculation Letter correspondence has been generated. | Comment | | | DST \RET0809\TerrieWhite | 10/7/2008 10:33:21 PM |
| Choosing Your Retirement Payment Option correspondence has been generated. | Comment | | | DST \RET0809\TerrieWhite | 10/7/2008 10:33:20 PM |
| Choosing Income Tax Withholding Preferences correspondence has been generated. | Comment | | | DST \RET0809\TerrieWhite | 10/7/2008 10:33:19 PM |
| 428 Request Form 6E cover letter correspondence has been generated. | Comment | | | DST \RET0809\TerrieWhite | 10/7/2008 10:33:19 PM |
| 266 Confirm self-service registration (SLFSV) correspondence has been generated. | Comment | | | SelfService | 10/2/2008 11:30:05 PM |

005

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 8 of 64

Retirement Systems Division

| Name: TALLEY, PATSY W | | Member ID: ▓▓▓ | | SSN: ▓▓▓▓▓▓ | |

| Journal Comments | Category | Contact Type | Originator | Created By | Created On |
|---|---|---|---|---|---|
| Request Type: Self-Service Estimate<br>Caller Information:<br>Name: PATSY W TALLEY<br>Contact Phone Number: (999)999-9999<br>Correspondence Address: 831 W 2ND ST - WASHINGTON, NC 27889<br>Additional Request Information for Self Service Estimate:<br> | Acct info/change | | | plwtalley\ | 10/2/2008 8:58:53 PM |
| Created by Workflow | Comment | | | SYSTEM INITIAL ROUTING | 8/7/2008 1:40:18 PM |
| 239 Request documents from member (170REQ) correspondence has been generated. | Comment | | | DST \RET0398\BethBarham | 7/24/2008 9:59:53 PM |
| Authorizing Direct Deposit correspondence has been generated. | Comment | | | DST \RET0398\BethBarham | 7/24/2008 9:59:53 PM |
| 426 Acknowledge acceptable Form 6 correspondence has been generated. | Comment | | | DST \RET0403\CindyJohnson | 7/18/2008 9:56:15 PM |
| Selecting Health Coverage Through the State Health Plan correspondence has been generated. | Comment | | | DST \RET0403\CindyJohnson | 7/18/2008 9:56:13 PM |
| Choosing the Contributory Death Benefit for Retired Members correspondence has been generated. | Comment | | | DST \RET0403\CindyJohnson | 7/18/2008 9:56:11 PM |
| Authorizing Direct Deposit correspondence has been generated. | Comment | | | DST \RET0403\CindyJohnson | 7/18/2008 9:56:10 PM |

ORBIT - PersonalJournal Version # 1

Report created by:     Theresa Rogers          On:  12/3/2019 4:44:52 PM

900

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 9 of 64

Retirement Systems Division

| Name: TALLEY, PATSY W | Member ID: ▮▮▮ | SSN: ▮▮▮▮ |
|---|---|---|

| Journal Comments | Category | Contact Type | Originator | Created By | Created On |
|---|---|---|---|---|---|
| Request Type: Payment Processing Request<br>Comments: Created by Workflow<br>Caller Information:<br>Correspondence Address: <br> | Comment | | | SYSTEM INITIAL ROUTING | 7/18/2008 8:49:58 AM |
| Created by Workflow | Comment | | | SYSTEM INITIAL ROUTING | 7/18/2008 2:34:03 PM |
| Created by Workflow | Comment | | | SYSTEM INITIAL ROUTING | 8/1/2008 9:15:22 AM |
| Request Type: Incoming Correspondence-Retirements<br>Comments: Created by Workflow<br>Caller Information:<br>Correspondence Address: <br> | Comment | | | SYSTEM INITIAL ROUTING | 7/18/2008 8:46:36 AM |
| Created by Workflow | Comment | | | SYSTEM INITIAL ROUTING | 7/18/2008 2:09:47 PM |
| Request Type: Retirement Calculation<br>Comments: Created by Workflow<br>Caller Information:<br>Correspondence Address: <br> | Comment | | | SYSTEM INITIAL ROUTING | 7/18/2008 8:45:55 AM |
| Created by Workflow | Comment | | | SYSTEM INITIAL ROUTING | 7/18/2008 8:46:27 AM |
| Created by Workflow | Comment | | | SYSTEM INITIAL ROUTING | 7/18/2008 2:20:01 PM |
| Service Audit Letter correspondence has been generated. | Comment | | | DST \RET0349\JASONCAGEL | 6/26/2008 9:51:04 PM |
| 266 Confirm self-service registration (SLFSV) correspondence has been generated. | Comment | | | SelfService | 4/16/2008 10:24:18 PM |
| Request Type: Service Count Request<br>Comments: pls provide service count for mbr who has 2 months' sick lve & wants to retire w/25 yrs 11/1<br>Caller Information:<br>Name: PATSY TALLEY<br>Contact Phone Number: (999) 999-9999<br>Originator: Member<br>Correspondence Address: 831 W 2ND ST - WASHINGTON, NC 27889-4781<br> | Account Inquiry | Incoming Call | | DST \RET0959\EMILKAPLAN | 3/25/2008 4:27:05 PM |
| Created by Workflow | | | | SYSTEM INITIAL ROUTING | 3/25/2008 4:59:26 PM |

007

ORBIT - PersonalJournal Version # 1

Page 7 of 7

Report created by: Theresa Rogers On: 12/3/2019 4:44:52 PM

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 10 of 64

## Theresa Rogers

| | |
|---|---|
| **From:** | Theresa Rogers |
| **Sent:** | Thursday, August 29, 2019 11:56 AM |
| **To:** | Pat |
| **Subject:** | RE: Patsy Talley overpayment |
| **Attachments:** | P Talley-.tif |

Hi Ms. Talley,

I hope this note finds you well.

This morning, I received the below email from Mr. Brent Talley. Within the email Mr. Talley identified himself as your son and is requesting information regarding your account. To communicate member account information with persons other than the member, the member will need to provide RSD with a power of attorney ("POA") noting who RSD should communicate to and what information can be shared. Without the POA, the member will need to provide RSD permission each time it is requested for RSD to communicate with persons other than the member.

As a result of our telephone conversation on August 26, 2019, attached please find the letter mailed to you confirming your current overpayment balance, new overpayment deduction amount and the date in which it is effective.

If we may be of further assistance please advise.

Thanks,

**Theresa R. Rogers**
*Member Compliance Manager*
Retirement Systems Division
Office: (919) 814-4027

3200 Atlantic Avenue, Raleigh, NC 27604
www.NCTreasurer.com







DALE R. FOLWELL, CPA

E-mail correspondence to and from this address may be subject to the North Carolina Public Records Law. It may be subject to monitoring and disclosure to third parties, including law enforcement personnel, by an authorized state official.

IMPORTANT: When sending confidential or sensitive information, encryption should be used.

**From:** Brent Talley <btalley06@gmail.com>
**Sent:** Thursday, August 29, 2019 9:17 AM
**To:** Theresa Rogers <Theresa.Rogers@nctreasurer.com>
**Cc:** Pat <patsylynne3@gmail.com>
**Subject:** Patsy Talley overpayment

Theresa,

1

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 11 of 64

I sent the following email yesterday but had copied my mom's lawyer on the email. I was informed that may compromise your ability to respond because lawyers usually talk to lawyers and clients talk with clients. Therefore, I'm re-sending the same email with just my mother, Patsy Talley copied on the email. I hope that does not complicate things.

I am Patsy Talley's son. We greatly appreciate you working with us to reduce her repayment amount. She informs me that the Department of State Treasurer is willing to reduce the repayment amount from her monthly retirement check from $950.12 to $185.27. My mother has asked for me advice as to whether she should withdraw her contested case hearing petition and I am trying to confirm in writing that the reduction will occur and when and if my mother can rely on this reduction to remain in place, or if there is some chance that someone will change their mind at some later date and increase the payment amount again. My mother is on a fixed income and she needs to have some security and peace of mind about whether this reduction is actually permanent. I would appreciate it very much if you would address her concerns, and mine, regarding this matter before we have to spend additional money on the contested case hearing. I have copied my mom on this email in case you should have any additional questions or concerns.

Regards,

--
Brent W. Talley,

--
Brent W. Talley,

Pharmacy Manager
Hayes Barton Pharmacy
Phone: 919-832-4641
Cell: 919-619-0264

2

009

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 12 of 64

**Theresa Rogers**

| | |
|---|---|
| **From:** | Brent Talley <btalley06@gmail.com> |
| **Sent:** | Thursday, August 29, 2019 9:17 AM |
| **To:** | Theresa Rogers |
| **Cc:** | Pat |
| **Subject:** | Patsy Talley overpayment |

Theresa,

I sent the following email yesterday but had copied my mom's lawyer on the email. I was informed that may compromise your ability to respond because lawyers usually talk to lawyers and clients talk with clients. Therefore, I'm re-sending the same email with just my mother, Patsy Talley copied on the email. I hope that does not complicate things.

I am Patsy Talley's son. We greatly appreciate you working with us to reduce her repayment amount. She informs me that the Department of State Treasurer is willing to reduce the repayment amount from her monthly retirement check from $950.12 to $185.27. My mother has asked for me advice as to whether she should withdraw her contested case hearing petition and I am trying to confirm in writing that the reduction will occur and when and if my mother can rely on this reduction to remain in place, or if there is some chance that someone will change their mind at some later date and increase the payment amount again. My mother is on a fixed income and she needs to have some security and peace of mind about whether this reduction is actually permanent. I would appreciate it very much if you would address her concerns, and mine, regarding this matter before we have to spend additional money on the contested case hearing. I have copied my mom on this email in case you should have any additional questions or concerns.

Regards,



--
Brent W. Talley,

--
Brent W. Talley,

Pharmacy Manager
Hayes Barton Pharmacy
Phone: 919-832-4641
Cell: 919-619-0264

1

010

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 13 of 64

## Theresa Rogers

| | |
|---|---|
| **From:** | Brent Talley <btalley06@gmail.com> |
| **Sent:** | Wednesday, August 28, 2019 3:38 PM |
| **To:** | Theresa Rogers |
| **Cc:** | Pat; Valerie Bateman |
| **Subject:** | Patsy Talley overpayment |

Theresa,

I am Patsy Talley's son. We greatly appreciate you working with us to reduce her repayment amount. She informs me that the Department of State Treasurer is willing to reduce the repayment amount from her monthly retirement check from $950.12 to $185.27. My mother has asked for me advice as to whether she should withdraw her contested case hearing petition and I am trying to confirm in writing that the reduction will occur and when and if my mother can rely on this reduction to remain in place, or if there is some chance that someone will change their mind at some later date and increase the payment amount again. My mother is on a fixed income and she needs to have some security and peace of mind about whether this reduction is actually permanent. I would appreciate it very much if you would address her concerns, and mine, regarding this matter before we have to spend additional money on the contested case hearing. I have copied my mom and the lawyer we have been working with on this email in case you should have any additional questions or concerns.

Regards,

--
Brent W. Talley,

1

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 14 of 64




DALE R. FOLWELL CPA

August 26, 2019

Ms. Patsy W Talley
6459 Broad Creek RD
Washington, NC 27889-9735

Re:     Option 4 Retirement Benefit Overpayment for Member ID ▮▮▮▮

Dear Ms. Talley:

This letter is a follow up to our telephone conversation on August 26, 2019, regarding a payment plan for the overpayment assessed to your Teachers' and State Employees' Retirement System ("TSERS") account related to your Option 4 retirement benefit election.

North Carolina statute requires a state agency to pursue the repayment of an overpayment of state funds. Therefore, the Retirement Systems Division ("RSD") does not have the authority to reduce or ignore overpayments. As discussed during the above telephone conversation, however, RSD will make changes to the amount of your monthly overpayment deduction. Pursuant to the agreement reached between RSD and you on the above date, beginning September 1, 2019, RSD will deduct $185.27, each month from your TSERS retirement benefit until your overpayment balance has been satisfied.

As of the date of this letter, your overpayment balance is $81,542.18. If you wish, you may pay the total overpayment balance by sending a check or money order payable to the Teachers' and State Employees' Retirement System to the address below. A processing fee of $20.00 will be charged for any check that is returned due to insufficient funds.

Interception of Tax Refund or Lottery Winnings
Please be aware that according to N.C.G.S. §105A, if you qualify for a North Carolina state tax refund or North Carolina Education Lottery Winnings, those funds will be sent to RSD to help pay off your outstanding balance. If you have an existing overpayment of more than $50, the North Carolina Department of Revenue will be notified, and qualifying tax refund and lottery winnings will be sent to RSD. If this situation occurs, you will be notified of the amount we received on your behalf and your new balance, if any.

If we may be of further assistance, please contact us at the address or telephone number listed below. Thank you for your time and attention to this matter.

Regards,

Theresa R. Rogers
Member Compliance Manager
Retirement Systems Division

3200 ATLANTIC AVENUE, RALEIGH, NORTH CAROLINA 27604
Telephone (877) 627-3287 toll-free   Fax (919) 855-5800
www.myncretirement.com

012

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 15 of 64

ORBIT – Maintain Payee – Deductions

| Retirement System: | Benefit Account Type: | Effective Date: 11/1/2008 | | | WorkFlow: | |
| TSERS | SVC | | | | | |
| Member ID: | Member SSN: | Member Name: TALLEY, PATSY W | DOB: | DOD: | WorkFlow: Member Email: patsylynne3@gmail.com | |
| Payee Member ID: | Payee SSN: | Payee Name: TALLEY, PATSY W | DOB: | DOD: | Payee Email: patsylynne3@gmail.com | |

Payee Address: ?
6459 BROAD CREEK RD
WASHINGTON, NC 27889-9735

Payee Check Address: ?
Check address same as mailing address.

Benefit Information: ?

| Benefit | Current Month Gross | SGR | Taxable | Fed Tax | State Tax | Deduction | Current Month Net |
|---|---|---|---|---|---|---|---|
| $1,920.73 | $1,920.73 | $0.00 | $1,920.73 | $23.77 | $0.00 | $44.26 | $1,852.70 |

Status    Benefits    Tax    Deductions    SHP-Deductions    SHP-Deduction Errors    Beneficiaries    EFT Info    EFT Print Info    History

Payee Deduction Information ?

| Deduction Organization | Deduction Amount | Status | Method | SHP Effective Date | Begin | End | Direct Bill | State Contrib |
|---|---|---|---|---|---|---|---|---|
| 228 – Pierce – Vision Insurance | $7.21 | Active | Ongoing | | 12/12/2018 | | | |
| 228 – Pierce – Vision Insurance | $7.35 | Inactive | Ongoing | | 12/11/2015 | 12/12/2018 | | |
| 228 – Pierce – Vision Insurance | $7.50 | Inactive | Ongoing | | 7/12/2011 | 12/11/2015 | | |
| 228 – Pierce – Vision Insurance | $3.76 | Inactive | Ongoing | | 6/12/2011 | 7/12/2011 | | |
| 227 – Pierce – Dental Insurance | $37.05 | Active | Ongoing | | 12/12/2018 | | | |
| 227 – Pierce – Dental Insurance | $37.78 | Inactive | Ongoing | | 12/10/2014 | 12/12/2018 | | |
| 227 – Pierce – Dental Insurance | $35.31 | Inactive | Ongoing | | 12/13/2011 | 12/10/2014 | | |
| 227 – Pierce – Dental Insurance | $32.28 | Inactive | Ongoing | | 7/12/2011 | 12/13/2011 | | |
| 227 – Pierce – Dental Insurance | $31.69 | Inactive | Ongoing | | 6/12/2011 | 7/12/2011 | | |
| 216 – SINSS – Vision Insurance | $8.24 | Inactive | Ongoing | | 4/12/2011 | 6/12/2011 | | |
| 216 – SINSS – Vision Insurance | $9.76 | Inactive | Ongoing | | 1/16/2009 | 4/12/2011 | | |
| 215 – SINSS – Dental Insurance | $32.45 | Inactive | Ongoing | | 12/10/2009 | 6/12/2011 | | |
| 215 – SINSS – Dental Insurance | $29.37 | Inactive | Ongoing | | 1/16/2009 | 12/10/2009 | | |
| 006 – Overpayment--Credit To TSERS | $185.27 | Active | Fixed Reduce Remainder | | 9/1/2019 | | | |
| 006 – Overpayment--Credit To TSERS | $926.35 | Inactive | Fixed Reduce Remainder | | 4/1/2019 | | | |

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 16 of 64

ORBIT - Maintain Invoices

Enter Search Criteria:

| | |
|---|---|
| SSN | Invoice Number |
| Name | Invoice Status |
| Member ID. | 674693 | Invoice Type |
| Agency | From |
| Section | To |

Search | Clear

Search Results: Your search returned: 1 rows. Overpayment Invoice Total Balance: $81,542.18

| | Invoice Number | Invoice Date | Invoice Type | Agency | SSN | Name | Member ID | Invoice Status | Invoice Amount | Paid Amount | Billing Fee | Balance Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| View | 3566311 | 02/20/2010 | TSERS Overpayment Invoice | | | SY TALLEY | | Created | $86,173.93 | $4,631.75 | $0.00 | $81,542.18 |

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 17 of 64

## Theresa Rogers

| | |
|---|---|
| **From:** | Mail Delivery System <MAILER-DAEMON@nctreasurer.com> |
| **To:** | wgt3838@suddenlink.net |
| **Sent:** | Thursday, August 22, 2019 3:36 PM |
| **Subject:** | Undeliverable: Requested Contact |

### Delivery has failed to these recipients or groups:

wgt3838@suddenlink.net
A problem occurred during the delivery of this message to this e-mail address. Try sending this message again. If the problem continues, please contact your helpdesk.

The following organization rejected your message: mx.suddenlink.net.

### Diagnostic information for administrators:

Generating server: ZixGateway01.nctreasurer.com

wgt3838@suddenlink.net
mx.suddenlink.net #<mx.suddenlink.net #5.0.0 smtp; 550 Invalid recipient: <wgt3838@suddenlink.net>> #SMTP#

Original message headers:

```
Return-Path: <theresa.rogers@nctreasurer.com>
Received: from 127.0.0.1 (ZixVPM [127.0.0.1])
      by Outbound.nctreasurer.com (Proprietary) with SMTP id BFB9D1E525@
      for <wgt3838@suddenlink.net>; Thu, 22 Aug 2019 15:29:35 -0400 (EDT)
Received: from smtp-outbound.dst.local (unknown [10.22.47.119])
      (using TLSv1 with cipher ECDHE-RSA-AES256-SHA (256/256 bits))
      (No client certificate requested)
      by ZixGateway01.nctreasurer.com (Proprietary) with ESMTPS id D4B1D1E4A9E;
      Thu, 22 Aug 2019 15:29:34 -0400 (EDT)
Received: from DST-EMBP4C.dst.local ([fe80::dd67:50eb:dbd6:9f2c]) by
 DST-EMBP4D.dst.local ([fe80::f5ad:7416:4164:c79f:21]) with mapi id
 14.03.0439.000; Thu, 22 Aug 2019 15:36:24 -0400
From: Theresa Rogers <Theresa.Rogers@nctreasurer.com>
To: "wgt3838@suddenlink.net" <wgt3838@suddenlink.net>
CC: "ptalley@beaufortk12.nc.us" <ptalley@beaufortk12.nc.us>
Subject: Requested Contact
Thread-Topic: Requested Contact
Thread-Index: AdV2IOCsNWCZ3zOES9qM2N+yyAul6Q==
Date: Thu, 22 Aug 2019 19:36:22 +0000
Message-ID: <5A60628D4FEF5B45AB787C12724620869DC5B22B8DST-EMBP4C.dst.local>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
x-originating-ip: [10.22.55.12]
```

1

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 18 of 64

Content-Type: text/plain
MIME-Version: 1.0
X-VPM-HOST: ZixGateway01.nctreasurer.com
X-VPM-GROUP-ID: e21e6827-0fdc-4a86-96e2-9991665152c6
X-VPM-MSG-ID: 2d547cd0-09aa-4bf1-bdf1-379be03b7569
X-VPM-ENC-REGIME: Plaintext
X-VPM-IS-HYBRID: 0

2

016

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 19 of 64

**Theresa Rogers**

| | |
|---|---|
| **From:** | Mail Delivery System <MAILER-DAEMON@nctreasurer.com> |
| **To:** | ptalley@beaufortk12.nc.us |
| **Sent:** | Thursday, August 22, 2019 3:36 PM |
| **Subject:** | Undeliverable: Requested Contact |

## Delivery has failed to these recipients or groups:

ptalley@beaufortk12.nc.us
A problem occurred and this message couldn't be delivered. Check to be sure the e-mail address is correct. If the problem continues, please contact your helpdesk.

**Diagnostic information for administrators:**

Generating server: ZixGateway01.nctreasurer.com

ptalley@beaufortk12.nc.us
#< #5.4.4 X-Proprietary; Host or domain name not found. Name service error for name=beaufortk12.nc.us type=A: Host not found> #SMTP#

Original message headers:

```
Return-Path: <theresa.rogers@nctreasurer.com>
Received: from 127.0.0.1 (ZixVPM [127.0.0.1])
        by Outbound.nctreasurer.com (Proprietary) with SMTP id BC3F11E524B
        for <ptalley@beaufortk12.nc.us>; Thu, 22 Aug 2019 15:29:35 -0400 (EDT)
Received: from smtp-outbound.dst.local (unknown [10.22.47.119])
        (using TLSv1 with cipher ECDHE-RSA-AES256-SHA (256/256 bits))
        (No client certificate requested)
        by ZixGateway01.nctreasurer.com (Proprietary) with ESMTPS id D4B1D1E4A9E;
        Thu, 22 Aug 2019 15:29:34 -0400 (EDT)
Received: from DST-EMBP4C.dst.local ([fe80::dd67:50cb:dbd6:9f2c]) by
 DST-EMBP4D.dst.local ([fe80::f5ad:7416:4104:c79f'21]) with mapi id
 14.03.0439.000; Thu, 22 Aug 2019 15:36:24 -0400
From: Theresa Rogers <Theresa.Rogers@nctreasurer.com>
To: "wgt3838@suddenlink.net" <wgt3838@suddenlink.net>
CC: "ptalley@beaufortk12.nc.us" <ptalley@beaufortk12.nc.us>
Subject: Requested Contact
Thread-Topic: Requested Contact
Thread-Index: AdVZIOC4hWC23zOES9qM4N+yyAu16Q==
Date: Thu, 22 Aug 2019 19:36:22 +0000
Message-ID: <5A60628D4FEF5B45AB787C12724620899DC5B22B8DST-EMBP4C.dst.local>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
x-originating-ip: [10.22.35.12]
Content-Type: text/plain
```

1

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 20 of 64

MIME-Version: 1.0
X-VPM-MSG-ID: 813d2b06-7ff7-4944-95cd-b5e85a735e5a
X-VPM-HOST: ZixGateway01.nctreasurer.com
X-VPM-GROUP-ID: e2ia6827-0fdc-4a86-96e2-9991665152a6
X-VPM-ENC-REGIME: Plaintext
X-VPM-IS-HYBRID: 0

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 21 of 64

 **North Carolina**
Total Retirement Plans



STATE TREASURER OF NORTH CAROLINA
DALE R. FOLWELL, CPA

---

RETIREMENT SYSTEMS DIVISION

STEVEN C. TOOLE
EXECUTIVE DIRECTOR

April 24, 2019

<u>Certified Mail</u>
<u>Return Receipt Requested</u>
<u>Article Number   7017 2620 0000 8981 6562</u>

Patsy W. Talley
6459 Broad Creek Road
Washington, NC 27889-9735

Re:    Appeal for Administrative Review

Dear Ms. Talley:

The Retirement Systems Division of the Department of State Treasurer ("RSD") has
received your attorney's letter dated April 18, 2019. You have requested an administrative
review of RSD's finding that overpayments in the total amount of $86,173.93 have been
made to you from the Teachers' and State Employees' Retirement System ("TSERS"), and of
RSD's intention to recoup the amount through monthly deductions from your retirement
check, beginning April 2019 in the amount of $926.35 per month. Your attorney's letter
requests that RSD hold in abatement any deductions from your retirement check, until the
appeal is resolved. Further information about RSD's finding of an overpayment may be
found in RSD's letters dated August 16, 2018, November 5, 2018, and February 22, 2019,
and March 19, 2019.

<u>Summary of Conclusions</u>

RSD has reviewed your appeal and has concluded the following:

- The overpayment amount of $86,173.93 was correctly determined. For more
  information, see "<u>Amount of Overpayment</u>" below.
- RSD seeks to recover the full amount of the overpayment as required by law. RSD
  acknowledges that the overpayment is the result of an administrative error that
  occurred in 2010. We are very sorry for the error and for the fact that it continued
  until 2018. However, the fact that the overpayment arose from an administrative
  error that continued until 2018 does not affect the amount of the overpayment or
  RSD's duty to seek recovery. For more information, see "<u>Duty to Recover</u>
  <u>Overpayment</u>" below.
- With regard to the recoupment plan, RSD has acted within its duty to recover
  overpayments, and within its authority to offset all or part of any retirement

3200 ATLANTIC AVENUE, RALEIGH, NORTH CAROLINA 27604
Telephone (877) 627-3287 toll-free   Fax (919) 855-5800
www.myncretirement.com

019

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 22 of 64

Page 2

    allowance toward an overpayment. For more information, see "Terms of Repayment" below.
- This letter presents RSD's Final Agency Decision with respect to this appeal. For more information and for further appeal rights, see "Final Agency Decision" below.

## Amount of Overpayment

According to TSERS records, you retired from the Beaufort County Schools effective November 1, 2008, at the age of 60. At the time of your retirement, your benefit was calculated based on 25.1 years of creditable service and average final compensation (AFC) of $50,999.98 per year. Because you were at least 60 years old with at least 25 years of creditable service at your retirement effective date, your benefit was not reduced for early retirement. You were entitled to a monthly benefit for your lifetime equal to 1.82 percent (TSERS factor from N.C.G.S. § 135-5(b19)(2)) times $50,999.98 (AFC) times 25.1 (creditable service) divided by 12 (to determine a monthly benefit), or $1,941.48 per month. (All benefit amounts described in this section are "gross" benefit amounts, before withholding for taxes or other deductions.)

Instead of receiving this monthly benefit of $1,941.48 for life (called the "Maximum Allowance"), you elected on your Form 6E dated October 15, 2008 to receive your pension under a form of payment called "Option Four: Adjustment of Retirement Allowance and Social Security Benefits With No Monthly Survivorship". Option Four is available to members who retire before the age of 62. Under this option, your benefit was scheduled to begin at $2,703.34 per month, before reducing to $1,846.34 per month once you attained age 62. In other words, once you attained age 62, your TSERS benefit was scheduled to decrease by $857.00 per month, which was the amount of the estimated age 62 Social Security retirement benefit that RSD received from you on July 18, 2008.

For the months from November 2008 through December 2009, you received the scheduled benefit of $2,703.34 per month.

Effective January 2010, your benefit was properly reduced to the age 62 amount. RSD informed you of this reduction in advance, in its letter dated October 26, 2009. From January 2010 to April 2010, you received $1,846.34 per month.

In or around May 2010, RSD determined that your average final compensation (AFC) at retirement should have been greater by $470.08 (i.e., your AFC should have been $51,470.06 rather than $50,999.98). Based on this information, RSD found that your retirement benefit should have been greater by $17.90 per month (1.82 percent times $470.08 times 25.1 divided by 12). In April 2010, RSD issued you a check equal to $322.20 in order to make this retroactive adjustment to your benefit dating back to your effective date of retirement. (You had by that time received 18 monthly payments for November 2008 through April 2010, and $17.90 x 18 is equal to $322.20.)

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 23 of 64

Page 3

Once your retirement benefit was recalculated in May 2010, RSD erroneously restored your benefit to the "before age 62" amount under Option Four, even though you had attained age 62 by that time. Your monthly benefit in May 2010 should have increased by $17.90 per month from the recalculation, from $1,846.34 to $1,864.24. Instead, you began receiving your "before age 62" amount plus $17.90, or $2,721.24 per month. This excess payment was then carried forward to all future payments until July 2018, as follows:

| (A) Month(s) | (B) Num. of Payments | (C) Monthly Paid | (D) Amt. That Should Have Been Paid | (E) Overpayment: (B) x [(C)-(D)] | (F) Comment |
|---|---|---|---|---|---|
| May 2010-June 2012 | 26 | $2,721.24 | $1,864.24 | $22,282.00 | See prior paragraph |
| July 2012-July 2014 | 25 | $2,748.45 | $1,882.88 | $21,639.25 | General Assembly granted 1% COLA effective July 2012 |
| Aug. 2014 | 1 | $2,803.41 | $1,920.54 | $882.87 | General Assembly granted 1% COLA retroactive to July 2014; e.g. for Column D, $1,882.88 x 1.01 = $1,901.71 ongoing; retroactive July COLA = $18.83; $1,901.71 + $18.83 = $1,920.54 |
| Sep. 2014-Sep. 2016 | 25 | $2,775.93 | $1,901.71 | $21,855.50 | Equal to Aug. 2014 but without the retroactive July 2014 COLA |
| Oct. 2016 | 1 | $3,308.91 | $2,266.84 | $1,042.07 | General Assembly granted one-time supplement equal to 1.6% of annual benefit; e.g. for Column D, $1,901.71 + 1.6% x (12 x $1,901.71) = $2,266.84 |
| Nov. 2016-June 2017 | 8 | $2,775.93 | $1,901.71 | $6,993.76 | Equal to Oct. 2016 but without the one-time supplement |
| July 2017-July 2018 | 13 | $2,803.69 | $1,920.73 | $11,478.48 | General Assembly granted 1% COLA effective July 2017 |
| Total | | | | $86,173.93 | Total overpayment from all rows above |

The overpayment balance does not include interest adjustments, because RSD does not apply interest to overpaid amounts.

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 24 of 64

Page 4

In a letter dated August 16, 2018, RSD informed you that your monthly benefit would be reduced to the amount that should have been in payment as of August 2018, reflecting all applicable COLAs since your retirement date. Since August 2018, your retirement allowance has been equal to $1,920.73 per month, with the exception of October 2018, when the payment included a one-time supplement granted by the General Assembly. The same letter of August 16, 2018, informed you that RSD was reviewing your account and would contact you regarding any overpayment that may have occurred. In a letter dated November 5, 2018, RSD informed you that the review of your account was continuing. In a letter dated February 22, 2019, RSD informed you of the amount of the overpayment, as shown above.

## Duty to Recover Overpayment

RSD must seek repayment of the full amount of the overpayment that you received from TSERS by all lawful means available. N.C.G.S. § 143-64.80(b) states: "No State department, agency, or institution, or other State-funded entity may forgive repayment of an overpayment of State funds, but shall have a duty to pursue the repayment of State funds by all lawful means available, including the filing of a civil action in the General Court of Justice."

State law provides that RSD may apply all or part of any continuing retirement allowance toward satisfaction of an overpayment, a method known as "recoupment". Recoupment is a lawful means available to RSD for seeking repayment. N.C.G.S. § 135-9(b) states: "Notwithstanding any provisions to the contrary, any overpayment of benefits or erroneous payments to a member in a State-administered retirement system or the former Disability Salary Continuation Plan or the Disability Income Plan of North Carolina, including any benefits paid to, or State Health Plan premiums or claims paid on behalf of, any member or beneficiary who is later determined to have been ineligible for those benefits or unentitled to those amounts, may be offset against any retirement allowance, return of contributions or any other right accruing under this Chapter to the same person, the person's estate, or designated beneficiary."

## Terms of Repayment

RSD must seek repayment of the full amount of the overpayment. RSD has indicated to you that it will seek repayment through the process of recoupment. Although recoupment up to the full amount of the retirement allowance would be permitted, RSD has chosen to limit the recoupment to 50 percent of your total retirement allowance as of February 2019, after deductions for federal taxes and supplemental insurance premiums. The February 2019 retirement allowance ($1,920.73), after deductions for federal taxes ($23.77) and supplemental insurance premiums ($44.26), is $1,852.70. Half of this amount is $926.35, which is the amount to be deducted from your retirement allowance beginning in April 2019. If this monthly deduction is continued with no changes, the overpayment can be expected to be satisfied within eight years.

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 25 of 64

Page 5

## Final Agency Decision

This is our Final Agency Decision in this matter. Should you be aggrieved by this decision and desire to appeal, a petition for contested case hearing should be filed with the Office of Administrative Hearings ("OAH") at 1711 New Hope Church Road, Raleigh, NC 27609. A copy of a blank petition (H-06 General Petition Form) may be obtained from OAH's website at www.oah.state.nc.us, along with the instructions on how to complete the aforementioned form. Your petition must be filed within sixty (60) days from the receipt of this letter. If you have additional questions, please contact our Division at 3200 Atlantic Avenue, Raleigh, NC 27604, or by toll-free telephone at (877) 627-3287.

Regards,

Patrick Kinlaw
Director of Policy, Planning, and Compliance
Retirement Systems Division

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 26 of 64

## Patrick Kinlaw

| | |
|---|---|
| **From:** | Valerie Bateman <valerie.bateman@forrestfirm.com> |
| **Sent:** | Thursday, April 18, 2019 11:05 AM |
| **To:** | Patrick Kinlaw; Steven.toole@nctreasurer.com |
| **Cc:** | patsylynne3@gmail.com; btalley06@gmail.com |
| **Subject:** | RE: Retirement System Appeal Process |

Dear Mr. Kinlaw:

Thank you for your email. I am representing Ms. Talley in this matter.

Please consider Mr. Talley's letter of April 8 as an appeal on behalf of his mother with regard to the decision of the Retirement System Division's (RSD) decision, communicated in a letter dated March 19, 2019, that she was overpaid in the amount of $86,173.93, and that the RSD intended to collect the alleged overpayment in monthly deductions to her retirement check, beginning this month (April) in the amount of $926.35.

We are requesting that until this matter is resolved that the RSD hold in abatement any deductions to Mrs. Talley's retirement check because a deduction in that amount will cause a significant hardship to her, due to pre-existing financial obligations she will be unable to meet if the RSD deducts that amount from her check.

Best wishes,

Valerie Bateman



**VALERIE BATEMAN | Attorney**

406 Blackwell St., Ste 420
Durham, NC 27701
(919) 436-3592 [phone + fax]
valerie.bateman@forrestfirm.com | www.forrestfirm.com

    

Certified
B Corporation

**CONFIDENTIAL & PRIVILEGED**
Unless otherwise indicated or obvious from the nature of the foregoing communication, the information contained herein is attorney-client privileged and/or subject to the attorney work product doctrine. The communication is intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of this communication.

**From:** Patrick Kinlaw <Patrick.Kinlaw@nctreasurer.com>
**Sent:** Thursday, April 18, 2019 8:33 AM
**To:** btalley06@gmail.com

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 27 of 64

**Cc:** patsylynne3@gmail.com; Valerie Bateman <valerie.bateman@forrestfirm.com>
**Subject:** Retirement System Appeal Process

Dear Mr. Talley:

Your e-mail dated April 8, titled "Retirement error", was forwarded to my attention.

The process for appealing administrative actions of the Retirement Systems Division is to have your mother (as the member of the Retirement System), or her legal representative (with a statement of representation), send a letter by mail or e-mail. You can address it to me at the mailing address below (or this e-mail address). Alternately, if you prefer, you may send it to Steven C. Toole, Executive Director of the Retirement Systems Division, at the mailing address below.

The letter should describe the action(s) of the Retirement Systems Division that your mother is appealing for further administrative review. It could be as simple as requesting that we consider your letter of April 8 as an appeal on her behalf.

The administrative review will typically result in our office issuing a Final Agency Decision, which would describe further appeal rights should the member be aggrieved.

Regards,

Patrick Kinlaw
Director of Policy, Planning, and Compliance
Retirement Systems Division
3200 Atlantic Avenue
Raleigh, NC 27604

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 28 of 64

## Patrick Kinlaw

| | |
|---|---|
| **From:** | Patrick Kinlaw |
| **Sent:** | Thursday, April 18, 2019 8:33 AM |
| **To:** | 'btalley06@gmail.com' |
| **Cc:** | 'patsylynne3@gmail.com'; 'valerie.bateman@forrestfirm.com' |
| **Subject:** | Retirement System Appeal Process |

Dear Mr. Talley:

Your e-mail dated April 8, titled "Retirement error", was forwarded to my attention.

The process for appealing administrative actions of the Retirement Systems Division is to have your mother (as the member of the Retirement System), or her legal representative (with a statement of representation), send a letter by mail or e-mail. You can address it to me at the mailing address below (or this e-mail address). Alternately, if you prefer, you may send it to Steven C. Toole, Executive Director of the Retirement Systems Division, at the mailing address below.

The letter should describe the action(s) of the Retirement Systems Division that your mother is appealing for further administrative review. It could be as simple as requesting that we consider your letter of April 8 as an appeal on her behalf.

The administrative review will typically result in our office issuing a Final Agency Decision, which would describe further appeal rights should the member be aggrieved.

Regards,

Patrick Kinlaw
Director of Policy, Planning, and Compliance
Retirement Systems Division
3200 Atlantic Avenue
Raleigh, NC 27604

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 29 of 64

## Jake Howe

| | |
|---|---|
| **From:** | Brent Talley <btalley06@gmail.com> |
| **Sent:** | Monday, April 8, 2019 11:21 AM |
| **To:** | NCRetirement |
| **Cc:** | Pat; Valerie Bateman |
| **Subject:** | Retirement error |

Mr. Folwell,

I am writing on behalf of my mother, Pat Talley, a retired teacher for the State of North Carolina. On February 22nd of this year, she was issued a letter informing her of an overpayment which had been made to her over the course of her retirement. She retired in November of 2008 and over the 10 years since her retirement, she has evidently been paid $86,173.93 in extra compensation. This was, of course, no fault of her own and she was only made aware of the mistake this year. Shortly after the initial letter, she received a notice that the State of North Carolina would be withholding $926.35 of her $1,920.73 monthly benefit.

I find this decision by the State to be disturbing and morally corrupt. To remove nearly 50% of a person's income based on a mistake made by others is unfair and unjust. Especially when that someone is an elderly person on a fixed income who poured her heart and soul into teaching the young children of North Carolina. The result of this would be financially catastrophic for my mother and most likely would result in her having to utilize more resources from the State to pay her bills.

In my opinion, this mistake not being her own, is one the State should own. I understand a simple mis calculation, but to have happened for over 10 years without notice is inexcusable and suggest that the entire operation is poorly managed. At the very least, there should be an option for her to pay back through a monthly allotment that she can afford.

I hope that this letter is received well and that we can be made aware of how to fix this grave oversight by the State. We have informed our law office of the issue and are prepared to take action should this not happen correctly. However, we are hoping that this can be resolved easily and look forward to speaking with yourself or someone from your office. I will be sending a copy of this letter via certified mail as well.


Regards,


Brent Talley

1

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 30 of 64



**North Carolina**
Total Retirement Plans

NORTH CAROLINA
**DEPARTMENT OF STATE TREASURER**
RETIREMENT SYSTEMS DIVISION

DALE R. FOLWELL, CPA
STATE TREASURER OF NORTH CAROLINA

STEVEN C. TOOLE
EXECUTIVE DIRECTOR

3/19/2019

PATSY W TALLEY
6459 BROAD CREEK RD
WASHINGTON NC 27889-9735

Re:   PATSY W TALLEY
      Member ID

Dear Ms. TALLEY:

Your overpayment balance as of 3/19/2019 is $86,173.93. Effective with your
April, 2019 benefit payment, our office will begin monthly deductions of
$926.35 to be applied to the overpayment balance.

If we may be of further assistance, please contact us at the address or
telephone number listed below.

Sincerely,

*Vicki Roberts*

Vicki Roberts
Deputy Director of Member Services
Retirement Systems Division

621_OPACK

3200 ATLANTIC AVENUE • RALEIGH, NORTH CAROLINA 27604
Telephone 1-877-NCSECURE (1-877-627-3287) toll-free • Fax (919) 855-5800
www.myncretirement.com
028

Case 4:22-cv-00027-BO   Document 4-3   Filed 03/24/22   Page 30 of 64

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 31 of 64





STATE TREASURER OF NORTH CAROLINA
DALE R. FOLWELL, CPA

## RETIREMENT SYSTEMS DIVISION

STEVEN C. TOOLE
EXECUTIVE DIRECTOR

3/1/2019

PATSY W TALLEY

6459 BROAD CREEK RD
WASHINGTON NC 278899735

Re:   Member ID ████████

Dear TALLEY :

The North Carolina Retirement Systems Division has reviewed your account and has determined that you have received an overpayment of benefits made to you from the Retirement Systems Division, which means that you have received more money than you are eligible to receive.

In accordance with North Carolina law (North Carolina General Statute § 105A):

- A notice of your overpayment balance will be sent to the North Carolina Department of Revenue in an effort to reimburse the pension fund.
- All or part of your (current or future) North Carolina income tax refund may be withheld by the N.C. Department of Revenue and forwarded to the Retirement Systems Division to be applied to your overpayment balance.
- Any future lottery winnings will also be forwarded to the Retirement Systems Division to pay down this debt.

If you have questions or if we may be of assistance, please contact us at the address or telephone number listed below.

Sincerely,

*Theresa R. Rogers*

Theresa R. Rogers
Member Compliance Manager
Retirement Systems Division

316_OPCO

3200 ATLANTIC AVENUE, RALEIGH, NORTH CAROLINA 27604
Telephone (877) 627-3287 toll-free   Fax (919) 855-5800
www.myncretirement.com

029

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 32 of 64

 **North Carolina**
Total Retirement Plans

 STATE TREASURER OF NORTH CAROLINA
DALE R. FOLWELL, CPA

RETIREMENT SYSTEMS DIVISION

STEVEN C. TOOLE
EXECUTIVE DIRECTOR

February 22, 2019

Patsy W. Talley
6459 Broad Creek Rd.
Washington, NC 27889-9735

Re: Option 4 Retirement Benefit Overpayment for Member ID ███████

Dear Ms. Talley:

The purpose of this letter is to provide follow up to my November 5, 2018 letter about the Retirement Systems Division ("RSD") review of your Teachers' and State Employees' Retirement System ("TSERS") account. RSD has completed the final review of your TSERS account related to your retirement benefit election, and this notification is to inform you of the findings.

**Age 62 Reduction Under Option 4:**
Under the provisions of Option 4 you elected at retirement, effective November 1, 2008 and based upon your date of birth of ██████████ your monthly retirement benefit should have been reduced effective January 1, 2010 when you were age 62. Upon discovering your benefit was not reduced accordingly, RSD reduced your monthly retirement benefit effective August 2018. Your reduced monthly benefit of $1,920.73 includes any applicable cost-of-living adjustments to which you were entitled.

**Benefit Overpayment Amount:**
For the period of November 2008 through July 2018, you were paid a total of $319,183.79 but you should have been paid a total of $233,009.86. The difference in the amounts identified an overpayment of benefits for $86,173.93. Enclosed please find the document which shows the accounting for the overpayment.

**Recoupment Plan:**
RSD intends to work with you on satisfying the overpayment in accordance with RSD's recoupment procedure. Fonda Page, a representative of RSD, will contact you to discuss a recoupment plan for the total overpayment amount. If you would like to speak with her immediately, please call (919) 814-4173. Thank you for your patience while we conducted the final review.

Sincerely,

Steven C. Toole
Executive Director
Retirement Systems Division

Enclosure

3200 ATLANTIC AVENUE, RALEIGH, NORTH CAROLINA 27604
Telephone (877) 627-3287 toll-free  Fax (919) 855-5800
www.myncretirement.com

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 33 of 64

| Patsy W. Talley<br>Date | ID ▮▮▮<br>Mo. Benefit | Should have been paid with applicable colas | | | |
|---|---|---|---|---|---|
| | | # of months | Total S/B Paid | Actually Pd | Overpayment |
| Nov. - Dec. 2008 | $2,721.24 | 2 | $5,442.48 | $5,406.68 | |
| Jan. - Dec. 2009 | $2,721.24 | 12 | $32,654.88 | $32,440.08 | |
| Jan. - Dec. 2010 | $1,864.24 | 12 | $22,370.88 | $29,477.48 | |
| Jan. - Dec. 2011 | $1,864.24 | 12 | $22,370.88 | $32,654.88 | |
| Jan. - June 2012 | $1,864.24 | 6 | $11,185.44 | | |
| July - Dec. 2012 | $1,882.88 | 6 | $11,297.28 | $32,818.14 | |
| Jan. - Dec. 2013 | $1,882.88 | 12 | $22,594.56 | $32,981.40 | |
| Jan. - June 2014 | $1,882.88 | 6 | $11,297.28 | | |
| July - Dec. 2014 | $1,901.71 | 6 | $11,410.26 | $33,146.28 | |
| Jan. - Dec. 2015 | $1,901.71 | 12 | $22,820.52 | $33,311.16 | |
| Jan. - Sept 2016 | $1,901.71 | 9 | $17,115.39 | | |
| Oct. 2016 | $2,266.84 | 1 | $2,266.84 | | |
| Nov. - Dec. 2016 | $1,901.71 | 2 | $3,803.42 | $33,844.14 | |
| Jan. - June 2017 | $1,901.71 | 6 | $11,410.26 | | |
| July - Dec. 2017 | $1,920.73 | 6 | $11,524.38 | $33,477.72 | |
| Jan. - July 2018 | $1,920.73 | 7 | $13,445.11 | $19,625.83 | |
| TOTAL | | 117 | $233,009.86 | $319,183.79 | $86,173.93 |

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 34 of 64

North Carolina Retirement Systems Division
Electronic Form: Overpayment Invoice

Invoice Type: TSERS Overpayment Invoice

Regarding
SSN: ▓▓▓▓▓▓▓▓
Member ID: ▓▓▓▓▓▓▓
Name: TALLEY, PATSY W
DOB: ▓▓▓▓▓▓▓

Comments: Due to member's benefit was never reduced at
age 62.


Correspondence Address
Foreign Indicator: NO
Care Of:
Address: 6459 BROAD CREEK RD
City: WASHINGTON
State: NC
Zip: 27889-9735

Update User Id: DST\RET0267\TonjaHunt
Update Date/Time: 2/20/2019

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 35 of 64

# OPTION FOUR (4)

## OVERPAYMENT CALCULATION

## PACKET

033

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 36 of 64

# OPTION FOUR (4)

## OVERPAYMENT CALCULATION

### PROCESS OWNER
### WORK PAPERS

034

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 37 of 64



01
Patsy W. Talley
ID #

Should have been paid:

$2,721.24 * 14 = $38,097.36 ( 1/08 - 12/09)
$1,864.24 * 30 = $55,927.20 (1/10 - 6/12)
$1,882.88 * 24 = $45,189.12 (7/12 - 6/14)
$1,901.71 * 36 = $68,461.56 (7/14 - 6/17)
$1,920.73 * 13 = $24,969.49 (7/17 - 7/18)
$232,644.73
+ $ 365.13 long-term benefits etc.
$233,009.86
- ($319,183.79)
($ 86,173.93) ← O/P

✓ matches

Ved JG 10/25/18

035

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 38 of 64



01
Patsy W Talley
ID #

## COLA's.

Retirement Date 11/08   Initial Benefit $2,721.24

7/09 ⇒ NO COLA

1/10 ⇒ should have been reduced to $1,864.24
        (Opt. 4)

7/10 ⇒ NO COLA

7/11 ⇒ NO COLA

7/12 ⇒ $1,864.24 * 1.01 = $1,882.88 ✓

7/13 ⇒ NO COLA

7/14 ⇒ $1,882.88 * 1.01 = $1,901.71 ✓

7/15 ⇒ NO COLA

7/16 ⇒ NO COLA (one-time bonus 10/16)

7/17 ⇒ $1,901.71 * 1.01 = $1,920.73

7/18 ⇒ NO COLA (one-time bonus 10/18)


10/16 one-time bonus:

$1,901.71 * 12 = $22,820.52 * 1.6% = $365.13


✓ ed
JG 10/25/18

036

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 39 of 64



01
Patsy W Talley
ID #

Should have been reduced 7/10 => $1,864.24

<u>COLA's</u>

7/10 => NO COLA
7/11 => NO COLA
7/12 => $1,864.24 * 1.01 = $1,882.88
7/13 => NO COLA
7/14 => $1,882.88 * 1.01 = $1,901.71
7/15 => NO COLA
7/16 => NO COLA (one-time bonus 10/16)
7/17 => $1,901.71 * 1.01 = $1,920.73
7/18 => NO COLA (one-time bonus 10/18)

<u>10/16 one-time bonus</u>
$1,901.71 * 12 = $22,820.52 * 16% = $365.13

<u>Should have been pd</u>
$1,864.24 * 30 = $55,927.20 (7/10 - 6/12)
$1,882.88 * 24 = $45,189.12 (7/12 - 6/14)
$1,901.71 * 36 = $68,461.56 (7/14 - 6/17)
$1,920.73 * 13 = <u>$24,969.49</u> (7/17 - 7/18)
$194,547.37
+ $ 365.13 (one-time bonus 10/16)
$194,912.50
– $281,337.03
($86,424.53) (c/p)

037

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 40 of 64

ORBIT - Maintain Payee - History                                    Page 1 of 1

Retirement System:     Benefit Account Type:     Effective Date:    11/1/2008
TSERS                  SVC

Member ID: [redacted]   Member SSN: [redacted]   Member Name:  TALLEY,   DOB: [redacted]   DOD:    WorkFlow:   Member
                                                 PATSY W                                                        Email: patsylynne3@gmail.com

Payee Member ID: [redacted]  Payee SSN: [redacted]  Payee Name:  TALLEY,   DOB: [redacted]   DOD: [redacted]  WorkFlow:   Payee
                                                 PATSY W                                                        Email: patsylynne3@gmail.com

Payee Address: (Effective 4/4/2018)                                       ?         Payee Check Address:                                    ?
6459 BROAD CREEK RD                                                                         Check address same as mailing address.
WASHINGTON, NC 27889-9735

Benefit Information:                                                                                                                        ?

| Benefit | Current Month Gross | SGR | Taxable | Fed Tax | State Tax | Deduction | Current Month Net |
|---|---|---|---|---|---|---|---|
| $1,920.73 | $1,920.73 | $0.00 | $1,920.73 | $26.61 | $0.00 | $45.13 | $1,846.99 |

Status    Benefits    Tax    Deductions    SHP-Deductions    SHP-Deduction Errors    Beneficiaries    EFT Info    EFT Print Info    History

Payment History                                                                                                                            ?

| | Year | | | Benefit | | Gross | | Federal Tax | | State Tax | | Deduction | | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⊟ | 2018 | | | $25,618.51 | | $25,618.51 | | $907.25 | | $0.00 | | $451.30 | | $24,259.96 |

| | | Payment Date | Type | Payment # | Benefit | Gross | Fed Tax | State Tax | Deduction | Net | EFT | Special |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ♪ | 10/25/2018 | MNTH | 47581130 | $2,151.22 | $2,151.22 | $49.86 | $0.00 | $45.13 | $2,056.43 | ✓ | |
| | ♪ | 9/25/2018 | MNTH | 47285982 | $1,920.73 | $1,920.73 | $26.61 | $0.00 | $45.13 | $1,848.99 | ✓ | |
| | ♪ | 8/24/2018 | MNTH | 46985000 | $1,920.73 | $1,920.73 | $26.61 | $0.00 | $45.13 | $1,848.99 | ✓ | |
| | ♪ | 7/25/2018 | MNTH | 46670738 | $2,803.69 | $2,803.69 | $114.91 | $0.00 | $45.13 | $2,643.65 | ✓ | |
| | ♪ | 6/25/2018 | MNTH | 46326132 | $2,803.69 | $2,803.69 | $114.91 | $0.00 | $45.13 | $2,643.65 | ✓ | |
| | ♪ | 5/25/2018 | MNTH | 46033654 | $2,803.69 | $2,803.69 | $114.91 | $0.00 | $45.13 | $2,643.65 | ✓ | |
| | ♪ | 4/25/2018 | MNTH | 45766373 | $2,803.69 | $2,803.69 | $114.91 | $0.00 | $45.13 | $2,643.65 | ✓ | |
| | ♪ | 3/23/2018 | MNTH | 45444813 | $2,803.69 | $2,803.69 | $114.91 | $0.00 | $45.13 | $2,643.65 | ✓ | |
| | ♪ | 2/23/2018 | MNTH | 45117078 | $2,803.69 | $2,803.69 | $114.91 | $0.00 | $45.13 | $2,643.65 | ✓ | |
| | ♪ | 1/26/2018 | MNTH | 44775354 | $2,803.69 | $2,803.69 | $114.91 | $0.00 | $45.13 | $2,643.65 | ✓ | |

$8,625.83 (handwritten)

1

| | 2017 | $33,477.72 | $33,477.72 | $1,672.56 | $0.00 | $541.56 | $31,263.60 |
|---|---|---|---|---|---|---|---|
| ⊞ | 2017 | $33,477.72 | $33,477.72 | $1,672.56 | $0.00 | $541.56 | $31,263.60 |
| ⊞ | 2016 | $33,844.14 | $33,844.14 | $1,740.66 | $0.00 | $541.56 | $31,561.92 |
| ⊞ | 2015 | $33,311.16 | $33,311.16 | $1,670.76 | $0.00 | $543.21 | $31,097.19 |
| ⊞ | 2014 | $33,146.28 | $33,146.28 | $1,679.77 | $0.00 | $516.19 | $30,950.32 |
| ⊞ | 2013 | $32,981.40 | $32,981.40 | $1,689.46 | $0.00 | $629.44 | $30,662.50 |
| ⊞ | 2012 | $32,818.14 | $32,818.14 | $1,711.46 | $0.00 | $756.66 | $30,349.68 |
| ⊞ | 2011 | $32,654.88 | $32,654.88 | $1,753.68 | $0.00 | $593.17 | $30,308.03 |
| ⊞ | 2010 | $29,477.48 | $29,477.48 | $1,431.92 | $0.00 | $506.52 | $27,539.04 |
| ⊞ | 2009 | $32,440.08 | $32,440.08 | $1,572.90 | $0.00 | $472.64 | $30,394.54 |
| ⊞ | 2008 | $5,406.68 | $5,406.68 | $306.30 | $0.00 | $0.00 | $5,100.38 |

$39,183.79 (less pct) (handwritten)

kpd · 1/18 · 7/18 (handwritten)

Site Map

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 41 of 64



Paisy W Tailey
ID#

## Payment History

| | Year | Benefit | Gross | Federal Tax | State Tax | Deduction | Net |
|---|---|---|---|---|---|---|---|
| | 2018 | $34,649.66 | $21,545.56 | $630.98 | $0.00 | $361.04 | $20,354.54 |
| | 2017 | $33,477.72 | $33,477.72 | $1,672.56 | $0.00 | $541.56 | $31,263.60 |
| | 2016 | $33,844.14 | $33,844.14 | $1,740.66 | $0.00 | $541.56 | $31,561.92 |
| | 2015 | $33,311.18 | $33,311.18 | $1,570.78 | $0.00 | $543.21 | $31,097.19 |
| | 2014 | $33,146.28 | $33,146.28 | $1,579.77 | $0.00 | $516.19 | $30,950.32 |
| | 2013 | $32,981.40 | $32,981.40 | $1,689.46 | $0.00 | $629.44 | $30,662.50 |
| | 2012 | $32,816.14 | $32,816.14 | $1,711.60 | $0.00 | $755.55 | $30,348.69 |
| | 2011 | $32,654.86 | $32,654.86 | $1,753.66 | $0.00 | $593.17 | $30,308.33 |
| | 2010 | $29,477.48 | $29,477.48 | $1,431.92 | $0.00 | $508.52 | $27,539.04 |
| | 2009 | $32,440.08 | $32,440.08 | $1,572.90 | $0.00 | $472.64 | $30,394.54 |
| | 2008 | $5,496.68 | $5,496.68 | $306.30 | $0.00 | $0.00 | $5,190.38 |

19,635.83

261,711.20

was pd. $381,337 03

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 42 of 64



Payment history

| Year | | | Benefit | | Gross | | Federal Tax | | State Tax | | Deduction | | Net |
|------|---|---|---------|---|-------|---|-------------|---|-----------|---|-----------|---|-----|
| 2018 | | | $21,546.56 | | $21,546.56 | | $830.98 | | $0.00 | | $361.04 | | $20,354.54 |

| | Payment Date | Type | Payment # | Benefit | Gross | Fed Tax | State Tax | Deduction | Net | EFT | Special |
|---|--------------|------|-----------|---------|-------|---------|-----------|-----------|-----|-----|---------|
| | 8/24/2018 | MNTH | 46995000 | $1,920.73 | $1,920.73 | $26.61 | $0.00 | $45.13 | $1,848.99 | ✓ | |
| | 7/25/2018 | MNTH | 46670738 | $2,803.69 | $2,803.69 | $114.91 | $0.00 | $45.13 | $2,643.65 | ✓ | |
| | 6/25/2018 | MNTH | 46326132 | $2,803.69 | $2,803.69 | $114.91 | $0.00 | $45.13 | $2,643.65 | ✓ | |
| | 5/25/2018 | MNTH | 45933854 | $2,803.69 | $2,803.69 | $114.91 | $0.00 | $45.13 | $2,643.65 | ✓ | |
| | 4/25/2018 | MNTH | 45765373 | $2,803.69 | $2,803.69 | $114.91 | $0.00 | $45.13 | $2,643.65 | ✓ | |
| | 3/23/2018 | MNTH | 45444813 | $2,803.69 | $2,803.69 | $114.91 | $0.00 | $45.13 | $2,643.65 | ✓ | |
| | 2/23/2018 | MNTH | 45117078 | $2,803.69 | $2,803.69 | $114.91 | $0.00 | $45.13 | $2,643.65 | ✓ | |
| | 1/25/2018 | MNTH | 44775354 | $2,803.69 | $2,803.69 | $114.91 | $0.00 | $45.13 | $2,643.65 | ✓ | |

$21,546.56
- $1,920.73 (8/18)
——————
$19,625.83 (through 7/18)

Tuesday, Aug 28, 2018 11:45 AM

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 43 of 64



s/b to age 62
11/2008 - 12/09
2721.24 X 14 = 38,097.36

38,097.36 ← s/b pd to 62 (11/08 - 12/09)
194,912.50 ← s/b pd @ 62 (1/10 - 7/18)
233,009.86 → s/b pd.   + 1 time cole 10/16
- 319,183.79 → was pd
$ 86,173.93 .

041

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 44 of 64



*Patsy W Talley*
*ID #*
*\* Opt 4 reduced*
*1/1/10*



042

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 45 of 64

## OPDIPWKS — DIPNC OVER/UNDER PAYMENT WORKSHEET

**Member's Name**    Patsy Talley    **Mem ID#** ▇▇▇▇

**Overpayment due to**    Not being reduced at age 62

| | |
|---|---|
| Effective Date of Xf Ret | 11/01/08 |
| Entitlement Date of | 01/01/10 |
| OP Start Date | 01/00/00 |
| OP End Date | 01/00/00 |

**Worked By:** jg    **QC By:**

| | |
|---|---|
| Total Amount Actually Paid | $319,183.79 |
| Total Amount Should Have Paid | $233,009.86 |
| Gross Overpayment | $86,173.93 |
| Less Credits (Other Inv.,Att. Fees) | |
| **Gross Overpayment** | **$86,173.93** |

| Year | Amount Actually Paid | Amount Should Have Paid |
|---|---|---|
| 2008 | $5,406.68 | $5,442.48 |
| 2009 | $32,440.08 | $32,654.88 |
| 2010 | $29,477.48 | $22,370.88 |
| 2011 | $32,654.88 | $22,370.88 |
| 2012 | $32,818.14 | $22,482.72 |
| 2013 | $32,981.40 | $22,594.56 |
| 2014 | $33,146.28 | $22,707.54 |
| 2015 | $33,311.16 | $22,820.52 |
| 2016 | $33,844.14 | $23,185.65 |
| 2017 | $33,477.72 | $22,934.64 |
| 2018 | $19,625.83 | $13,445.11 |
| 0 | $0.00 | $0.00 |

*Matches*
*Torya*
*c/p amt.*
*JG*
*10/23/18*

043

Wednesday, Oct 24, 2018  02:51 PM

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 46 of 64



Patsy Talley

Enter the initial retirement benefit amount in the shaded area beside

the year the first COLA was applied    **TSERS**

RETRO MTHS= _____

| | Ret Date | 1/0/1900 |
|---|---|---|
| | Retro End Date | 4/2/2017 |
| | Actually Paid (Prior to Recalc): | $0.00 |
| | Should Have Paid (After Recalc): | $201,013.23 |
| | Retro Due: | $205,013.23 |

| Cola Date Range | Actual Ret Date | Effective Date | | | | | Ret Yr Total | | |
|---|---|---|---|---|---|---|---|---|---|
| Jul-1996 Jun-1997 | | 7/1/1997 | | $0.00 | 1.002000 | $0.00 | | 12 | $0.00 |
| Jul-1997 Jun-1998 | | 7/1/1998 | | $0.00 | 1.025000 | $0.00 | | 12 | $0.00 |
| Jul-1998 Jun-1999 | | 7/1/1999 | | $0.00 | 1.025000 | $0.00 | | 12 | $0.00 |
| Jul-1999 Jun-2000 | | 7/1/2000 | | $0.00 | 1.043000 | $0.00 | | 12 | $0.00 |
| Jul-2000 Jun-2001 | | 7/1/2001 | | $0.00 | 1.020000 | $0.00 | | 12 | $0.00 |
| Jul-2001 Jun-2002 | | 7/1/2002 | | $0.00 | 1.020000 | $0.00 | | 12 | $0.00 |
| Jul-2002 Jun-2003 | | 7/1/2003 | | $0.00 | 1.012800 | $0.00 | | 12 | $0.00 |
| Jul-2003 Jun-2004 | | 7/1/2004 | | $0.00 | 1.017000 | $0.00 | | 12 | $0.00 |
| Jul-2004 Jun-2005 | | 7/1/2005 | | $0.00 | 1.020000 | $0.00 | | 12 | $0.00 |
| Jul-2005 Jun-2006 | | 7/1/2006 | | $0.00 | 1.030000 | $0.00 | | 12 | $0.00 |
| Jul-2006 Jun-2007 | | 7/1/2007 | | $0.00 | 1.022000 | $0.00 | | 12 | $0.00 |
| Jul-2007 Jun-2008 | | 7/1/2008 | | $0.00 | 1.022000 | $0.00 | | 12 | $0.00 |
| Jul-2008 Jun-2009 | 11/1/2009 | 11/1/2008 | $2,721.24 | $2,721.24 | 1.000000 | $2,721.24 | 11/1/2008-6/30/2009 8 | $21,769.92 | |
| Jul-2009 Jun-2010 | | 7/1/2010 | | $2,721.24 | 1.000000 | $2,721.24 | | 12 | $32,654.88 |
| Jul-2010 Jun-2011 | | 7/1/2011 | | $2,721.24 | 1.000000 | $2,721.24 | | 12 | $32,654.88 |
| Jul-2011 Jun-2012 | | 7/1/2012 | | $2,721.24 | 1.010000 | $2,748.45 | | 12 | $32,981.43 |
| Jul-2012 Jun-2013 | | 7/1/2013 | | $2,748.45 | 1.000000 | $2,748.45 | | 12 | $32,981.43 |
| Jul-2013 Jun-2014 | | 7/1/2014 | | $2,748.45 | 1.010000 | $2,775.94 | | 12 | $33,311.24 |
| Jul-2014 Jun-2015 | | 7/1/2015 | | $2,775.94 | 1.000000 | $2,775.94 | | 12 | $33,311.24 |
| Jul-2015 Jun-2016 | | 7/1/2016 | | $2,775.94 | 1.000000 | $2,775.94 | | 12 | $33,311.24 |
| Jul-2016 Jun-2017 | | 7/1/2017 | | $2,775.94 | 1.010000 | $2,803.70 | | 10 | $28,036.95 |
| Jul-2017 Jun-2018 | | 7/1/2018 | | $2,803.70 | | $0.00 | | 0 | $0.00 |
| Jul-2018 Jun-2019 | | 7/1/2019 | | $0.00 | | $0.00 | | 0 | $0.00 |
| Jul-2019 Jun-2020 | | 7/1/2020 | | $0.00 | | $0.00 | | 0 | $0.00 |
| Jul-2020 Jun-2021 | | 7/1/2021 | | $0.00 | | $0.00 | | 0 | $0.00 |
| Jul-2021 Jun-2022 | | 7/1/2022 | | $0.00 | | $0.00 | | 0 | $0.00 |
| Jul-2022 Jun-2023 | | 7/1/2023 | | $0.00 | | $0.00 | | 0 | $0.00 |
| Jul-2023 Jun-2024 | | 7/1/2024 | | $0.00 | | $0.00 | | 0 | $0.00 |
| Jul-2024 Jun-2025 | | 7/1/2025 | | $0.00 | | $0.00 | | 0 | $0.00 |
| Jul-2025 Jun-2026 | | 7/1/2026 | | $0.00 | | $0.00 | | 0 | $0.00 |
| Jul-2026 Jun-2027 | | 7/1/2027 | | $0.00 | | $0.00 | | 0 | $0.00 |
| Jul-2027 Jun-2028 | | 7/1/2028 | | $0.00 | | $0.00 | | 0 | $0.00 |

7/1/09

#N/A
#N/A
#N/A
#N/A
#N/A
#N/A
#N/A
#N/A
#N/A
#N/A
1.000000
#N/A
#N/A
#N/A
#N/A
#N/A
#N/A
#N/A
#N/A
#N/A
#N/A
#N/A
#N/A
#N/A
#N/A
#N/A
#REF!
#REF!
#N/A
#N/A
#N/A
#N/A

To 62

turn 62  12/09

s/b reduced 1/10

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 47 of 64

| A | B | C | E | F | G | H | I |
|---|---|---|---|---|---|---|---|
| Jul-1996 | Jun-1997 | | 7/1/1997 | | $0.00 | 1.062000 | $0.00 |
| Jul-1997 | Jun-1998 | | 7/1/1998 | | $0.00 | 1.025000 | $0.00 |
| Jul-1998 | Jun-1999 | | 7/1/1999 | | $0.00 | 1.023000 | $0.00 |
| Jul-1999 | Jun-2000 | | 7/1/2000 | | $0.00 | 1.042000 | $0.00 |
| Jul-2000 | Jun-2001 | | 7/1/2001 | | $0.00 | 1.020000 | $0.00 |
| Jul-2001 | Jun-2002 | | 7/1/2002 | | $0.00 | 1.020000 | $0.00 |
| Jul-2002 | Jun-2003 | | 7/1/2003 | | $0.00 | 1.012800 | $0.00 |
| Jul-2003 | Jun-2004 | | 7/1/2004 | | $0.00 | 1.017000 | $0.00 |
| Jul-2004 | Jun-2005 | | 7/1/2005 | | $0.00 | 1.020000 | $0.00 |
| Jul-2005 | Jun-2006 | | 7/1/2006 | | $0.00 | 1.030000 | $0.00 |
| Jul-2006 | Jun-2007 | | 7/1/2007 | | $0.00 | 1.022000 | $0.00 |
| Jul-2007 | Jun-2008 | | 7/1/2008 | | $0.00 | 1.022000 | $0.00 |
| Jul-2008 | Jun-2009 | 11/1/2008 | 11/1/2008 | $1,864.24 | $1,864.24 | 1.000000 | $1,864.24 |
| Jul-2009 | Jun-2010 | | 7/1/2010 | | $1,864.24 | 1.000000 | $1,864.24 |
| Jul-2010 | Jun-2011 | | 7/1/2011 | | $1,864.24 | 1.000000 | $1,864.24 |
| Jul-2011 | Jun-2012 | | 7/1/2012 | | $1,864.24 | 1.010000 | $1,882.88 |
| Jul-2012 | Jun-2013 | | 7/1/2013 | | $1,882.88 | 1.000000 | $1,882.88 |
| Jul-2013 | Jun-2014 | | 7/1/2014 | | $1,882.88 | 1.010000 | $1,901.71 |
| Jul-2014 | Jun-2015 | | 7/1/2015 | | $1,901.71 | 1.000000 | $1,901.71 |
| Jul-2015 | Jun-2016 | | 7/1/2016 | | $1,901.71 | 1.000000 | $1,901.71 |
| Jul-2016 | Jun-2017 | | 7/1/2017 | | $1,901.71 | 1.010000 | $1,920.73 |
| Jul-2017 | Jun-2018 | | 7/1/2018 | | $1,920.73 | | $0.00 |
| Jul-2018 | Jun-2019 | | 7/1/2019 | | $0.00 | | $0.00 |
| Jul-2019 | Jun-2020 | | 7/1/2020 | | $0.00 | | $0.00 |
| Jul-2020 | Jun-2021 | | 7/1/2021 | | $0.00 | | $0.00 |
| Jul-2021 | Jun-2022 | | 7/1/2022 | | $0.00 | | $0.00 |
| Jul-2022 | Jun-2023 | | 7/1/2023 | | $0.00 | | $0.00 |
| Jul-2023 | Jun-2024 | | 7/1/2024 | | $0.00 | | $0.00 |
| Jul-2024 | Jun-2025 | | 7/1/2025 | | $0.00 | | $0.00 |
| Jul-2025 | Jun-2026 | | 7/1/2026 | | $0.00 | | $0.00 |
| Jul-2026 | Jun-2027 | | 7/1/2027 | | $0.00 | | $0.00 |
| Jul-2027 | Jun-2028 | | 7/1/2028 | | $0.00 | | $0.00 |

#N/A
#N/A
#N/A
#N/A

045

Monday, Oct 22, 2018  03:29 PM

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 48 of 64

# OPTION FOUR (4)

## OVERPAYMENT CALCULATION

## COMPLIANCE AUDIT

## WORK PAPERS

### Order of Compliance Work Papers

1. Compliance Manager's Detail Review Summary
2. OP Option 4 Review Sheet
3. Excel spreadsheet OP Calculation by Month/Year
4. ORBIT Screen Shots
5. Supporting documents from AX and ORBIT

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 49 of 64

**Patsy W Talley** (#

➤ On October 16, 2008, RSD received member Talley's notarized 6E electing Option Four (4).
➤ Effective Retirement Date – November 1, 2008.
➤ Per ORBiT data, RSD paid member Talley's first TSERS retirement benefit November 25, 2008.
➤ Per OPT 4 election, the member's monthly TSERS retirement benefit amount should have been reduced January 2010.
➤ RSD mailed member Talley a "Now that you have reached the age 62…" letter dated October 26, 2009. The letter listed her previous monthly benefit of $2,703.34 and her new benefit as of January 1, 2010 as $1,846.34.
➤ The Option 4 Leveling batch job for members who were to be reduced January 2010 should have run December 2009. Per ORBiT on December 21, 2009 at 9:43:21 PM, an Opt 4- Option 4 Leveling batch job was successfully run.

**Batch Steps:**

| | Step | Description | Scheduled | Step Status | Action Date/Time | Set to Run? |
|---|---|---|---|---|---|---|
| | CALC | OPTION 4 | 12/21/2009 | SUCCESS | 12/21/2009 9:43:21 PM | N |

➤ RSD mailed member Talley a "Now that you have reached the age 62…" letter dated December 21, 2009. The letter listed her previous monthly benefit of $2,703.34 and her new benefit as of January 1, 2010 as $1,846.34.

## Member Name: TALLEY, PATSY W

**Payee Benefit Information**

| Benefit Type | Benefit | Status | Method | Begin | End |
|---|---|---|---|---|---|
| BNF - Retirement Benefit | $1,820.73 | Active | Ongoing | 8/18/2018 | |
| BNF - Retirement Benefit | $2,803.69 | Inactive | Ongoing | 7/17/2017 | 8/16/2018 |
| BNF - Retirement Benefit | $2,775.93 | Inactive | Ongoing | 8/14/2014 | 6/30/2017 |
| BNF - Retirement Benefit | $2,748.45 | Inactive | Ongoing | 7/19/2012 | 6/30/2014 |
| BNF - Retirement Benefit | $2,721.24 | Inactive | Ongoing | 5/1/2010 | 6/30/2012 |
| BNF - Retirement Benefit | $1,846.34 | Inactive | Ongoing | 1/1/2010 | 5/1/2010 |
| BNF - Retirement Benefit | $2,703.34 | Inactive | Ongoing | 11/1/2008 | 6/30/2012 |
| COLAR - Cost of Living Adjustment Retro | $27.48 | Inactive | One Time | 8/1/2014 | |
| COLAS - Cost of Living Adjustment Supplemental | $230.49 | Inactive | One Time | 10/1/2018 | |
| COLAS - Cost of Living Adjustment Supplemental | $532.98 | Inactive | One Time | 10/1/2016 | |

➤ January through April of 2010, member Talley received the "AFTER AGE 62 AMOUNT" TSERS retirement benefit of $1,846.34.



Page 61 | 64

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 50 of 64

➢ On April 22, 2010, a workflow was created to requesting a recalculation of member Talley's
retirement benefit.



➢ Beginning May of 2010, RSD set up member Talley's TSERS retirement benefit to resume the
"BEFORE AGE 62 AMOUNT" of $2,721.24.

| Member Name: | | TALLEY, PATSY W |
|---|---|---|
| **Benefit Information:** | | |
| Type: | * | Retirement Benefit |
| Benefit: | * | 2721.24 |
| Status: | * | Inactive |
| Method: | * | Ongoing |
| Begin Date: | * | 5/1/2010 |
| End Date: | | 6/30/2012 |
| Update User Id: | | BATCHJOB\COLA:APPR |
| Update Date/Time: | | 7/19/2012 6:15:51 PM |
| Creator User Id: | | DST\RET0273\JillGiddens |
| Created Date/Time: | | 4/23/2010 11:48:30 AM |

➢ Due to 2018 audit findings, the process owner reduced member Talley's monthly TSERS retirement
benefit to the "AFTER AGE 62 AMOUNT" amount of $1,920.73 effective August 1, 2018.
➢ On August 16, 2018, ORBiT generated a "Please let us explain why your benefit has changed" letter.
This letter listed member Talley's new monthly benefit as $1,920.73 effective August 1, 2018.

Page 52 | 64

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 51 of 64

➢ Member Talley's overpayment period was calculated for the period of <u>117 months</u> (November 2008 through July 2018)
   o *Balancing accounts for money changes, ORBiT is designed to go back to the retirement date to balance the retirement account)*
➢ For the period of November 2008 through July 2018, member Talley should have been paid <u>$233,009.86</u> but was paid <u>$319,183.79.</u>
➢ Total funds overpaid result in an overpayment of <u>$86,173.93.</u>

<u>*Note: Member Talley's monthly TSERS retirement benefit changed due to an increase in her AFC from $50,999.88 to $51,470.06. RSD paid member Talley a retro check for $322.20 on April 27, 2010, based on the "BEFORE AGE 62 AMOUNT".*</u>

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 52 of 64

## Option 4 Overpayment (OP) Review

### General Information:

Member's Name: _Patsy W. Talley_     System: _TSERS_  Mbr. ID [redacted]

Ret. Date _11/1/08_  DOB [redacted]  Option Elected (per Form 6E) _Opt. 4_     1947
+62
2009

Mo/Yr Opt. 4 **should have been** reduced: _Jan. 2010_ ✓     2008 11 1
Mo/Yr Opt. 4 **actually** was reduced: _Jan. 2010_     −1947 12 31
(See Comments Below)     60 10 0

Initial Gross Amt. of Opt. 4 at ret. before Money Changes:  $2703.34

Actual TO AGE 62 Amt. of Option 4 at ret. after Money Changes:  $2721.24

Actual AFTER AGE 62 Amt. of Option 4:  $1864.24

### Overpayment (OP) Period:     COLAS Verified: Yes ✓ No____

One-Time Bonus included in amt. should have been paid: Yes ✓ No____ NA _____

Mo/Yr. Reduced with applicable Colas: _Aug 2018_  Mo. Gross Amt. $1920.73

O/P Time Period: _Nov. 2008_ through _July 2018_   } ORBIT designed to go all the
way Back to Ret Dates when
balances

O/P Time Period: _____ through _____

Gross Amt. **Paid** from _Nov. 2008_ through _July 2018_   $319,183.79

Gross Amt. **Should Have been** paid from: _11/08_ through _7/18_   $233,009.86

# of Months of OP: _117_ ✓  Total OP Amt.   $86,173.93

### Comments: Ms. Talley was reduced under Opt. 4 provisions the month following her 62nd BD (eff. 1/2010) However in May 2010, benefit increased to $2721.24 − pre 62 Amt − w/ colas − O/P occurred

Note:
mo. benefit changed due to increase in AFC from $50,999.88 to $51,470.06. RSD paid "catch up" retro check in Amt. of $322.20 on 4/27/10

### Attachments to this Review:

Estimate Sheet:     Yes ✓ No____ 3 pages from ORBIT
ORBIT Pay Screen:   Yes ✓ No____ 2 pages
Other: (if applicable): _Est. Sheet after AFC Increased_
1 page Summary Sheet

TR 1/30/19

(initially reviewed 11/29/18 but this wksheet was redone)

_Betty Fuller_  1/29/19
Reviewed by     Date:

**Law change:** eff. 1/1/2015: Opt. 4 reduction is 1st of the month following the month of initial entitlement. Ex: DOB 9/8/1953 AGE 62 Red. is 11/1/2015. Prior to 1/1/2015, Opt4 red. was month following age 62. If DOB was 1st of the month, Option 4 reduction was the month in which one turned age 62.

050

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 53 of 64

| Patsy W. Talley Date | ID Mo. Benefit | Should have been paid with applicable colas | | Actually Pd | Overpayment |
|---|---|---|---|---|---|
| | | # of months | Total S/B Paid | | |
| Nov. - Dec. 2008 | $2,721.24 | 2 | $5,442.48 | $5,406.68 | |
| Jan. - Dec. 2009 | $2,721.24 | 12 | $32,654.88 | $32,440.08 | |
| Jan. - Dec. 2010 | $1,864.24 | 12 | $22,370.88 | $29,477.48 | |
| Jan. - Dec. 2011 | $1,864.24 | 12 | $22,370.88 | $32,654.88 | |
| Jan. - June 2012 | $1,864.24 | 6 | $11,185.44 | | |
| July - Dec. 2012 | $1,882.88 | 6 | $11,297.28 | $32,818.14 | |
| Jan. - Dec. 2013 | $1,882.88 | 12 | $22,594.56 | $32,981.40 | |
| Jan. - June 2014 | $1,882.88 | 6 | $11,297.28 | | |
| July - Dec. 2014 | $1,901.71 | 6 | $11,410.26 | $33,146.28 | |
| Jan. - Dec. 2015 | $1,901.71 | 12 | $22,820.52 | $33,311.16 | |
| Jan. - Sept 2016 | $1,901.71 | 9 | $17,115.39 | | |
| Oct. 2016 | $2,266.84 | 1 | $2,266.84 | | |
| Nov. - Dec. 2016 | $1,901.71 | 2 | $3,803.42 | $33,844.14 | |
| Jan. - June 2017 | $1,901.71 | 6 | $11,410.26 | | |
| July - Dec. 2017 | $1,920.73 | 6 | $11,524.38 | $33,477.72 | |
| Jan. - July 2018 | $1,920.73 | 7 | $13,445.11 | $19,625.83 | |
| TOTAL | | 117 | $233,009.86 | $319,183.79 | $86,173.93 |

*Bfuller*
*1/29/19*
*Originally worked manually and Balanced on 11/29/18*
*Re keyed on 1/29/19 to Excel Spreadsheet*

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 54 of 64

Summary of Payment of History – Patsy W. Talley – ID ███████

| Payment Date | Type | Payment # | Benefit | Gross |
|---|---|---|---|---|
| 1/25/2010 | MNTH | 19599438 | $1,846.34 | $1,846.34 |

*Reduced at age 62 but then no. benefit was increased @ 5/2010 –*

*Age 62 = 1/1/2010*

| Payment Date | Type | Payment # | Benefit | Gross |
|---|---|---|---|---|
| 12/20/2010 | MNTH | 22090086 | $2,721.24 | $2,721.24 |
| 11/24/2010 | MNTH | 21842865 | $2,721.24 | $2,721.24 |
| 10/25/2010 | MNTH | 21622734 | $2,721.24 | $2,721.24 |
| 9/24/2010 | MNTH | 21410302 | $2,721.24 | $2,721.24 |
| 8/25/2010 | MNTH | 21188771 | $2,721.24 | $2,721.24 |
| 7/23/2010 | MNTH | 20964297 | $2,721.24 | $2,721.24 |
| 6/25/2010 | MNTH | 20724841 | $2,721.24 | $2,721.24 |
| 5/25/2010 | MNTH | 20501688 | $2,721.24 | $2,721.24 |
| 4/27/2010 | RETRO | 3161365 | $322.20 | $322.20 |
| 4/23/2010 | MNTH | 20298263 | $1,846.34 | $1,846.34 |
| 3/25/2010 | MNTH | 20042943 | $1,846.34 | $1,846.34 |
| 2/25/2010 | MNTH | 19824412 | $1,846.34 | $1,846.34 |

*→ Increased after age 62 O/P occurred*

| Payment Date | Type | Payment # | Benefit | Gross |
|---|---|---|---|---|
| 11/21/2018 | MNTH | 47925031 | $1,920.73 | $1,920.73 |
| 10/25/2018 | MNTH | 47581130 | $2,151.22 | $2,151.22 |
| 9/25/2018 | MNTH | 47285982 | $1,920.73 | $1,920.73 |
| 8/24/2018 | MNTH | 46965000 | $1,920.73 | $1,920.73 |
| 7/25/2018 | MNTH | 46670738 | $2,803.69 | $2,803.69 |
| 6/25/2018 | MNTH | 46326132 | $2,803.69 | $2,803.69 |
| 5/25/2018 | MNTH | 46033654 | $2,803.69 | $2,803.69 |
| 4/25/2018 | MNTH | 45766373 | $2,803.69 | $2,803.69 |
| 3/23/2018 | MNTH | 45444813 | $2,803.69 | $2,803.69 |
| 2/23/2018 | MNTH | 45117078 | $2,803.69 | $2,803.69 |
| 1/25/2018 | MNTH | 44775354 | $2,803.69 | $2,803.69 |

*Aug. 2018 was the new after age 62 Amt ($1920.73 with applicable Colas)*

052

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 55 of 64

Summary of Payment of History – Patsy W. Talley – ID

**Payment History**

| | Year | Benefit | Gross |
|---|---|---|---|
| ⌂ | 2019 | $1,920.73 | $1,920.73 |
| ⌂ | 2018 | $29,459.97 | $29,459.97 |
| ⌂ | 2017 | $33,477.72 | $33,477.72 |
| ⌂ | 2016 | $33,844.14 | $33,844.14 |
| ⌂ | 2015 | $33,311.16 | $33,311.16 |
| ⌂ | 2014 | $33,146.28 | $33,146.28 |
| ⌂ | 2013 | $32,981.40 | $32,981.40 |
| ⌂ | 2012 | $32,818.14 | $32,818.14 |
| ⌂ | 2011 | $32,654.88 | $32,654.88 |
| ⌂ | 2010 | $29,477.48 | $29,477.48 |
| ⌂ | 2009 | $32,440.08 | $32,440.08 |
| ⌂ | 2008 | $5,406.68 | $5,406.68 |

| Payment Date | Type | Payment # | Benefit | Gross |
|---|---|---|---|---|
| 12/19/2008 | MNTH | 16897811 | $2,703.34 | $2,703.34 |
| 11/25/2008 | MNTH | 2979346 | $2,703.34 | $2,703.34 |

11/1/08 = Ret. month

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 56 of 64

 **North Carolina**
Total Retirement Plans

**North Carolina Department of State Treasurer
Retirement Systems Division**
3200 Atlantic Ave, Raleigh, NC 27604
1-877-NCSECURE (1-877-627-3287) toll-free • Fax (919) 855-5800
www.myncretirement.com

## Report of Your Estimated Retirement Benefit
Teachers' and State Employees' Retirement System (TSERS)

### Section A. Retirement Identification

TALLEY, PATSY W ✓

6459 BROAD CREEK RD
WASHINGTON, NC 27889-9735

SSN:                          XXX-XX-

Member ID:

Beneficiary Name:     TALLEY, JR, WILLIAM G

Beneficiary Birth Date:

| | |
|---|---|
| Retirement Date: | 11/1/2008 |
| Retirement Type: | Service Retirement |
| Member Birth Date: | |
| Sick Leave: | 44.3600    DAYS |

*old AFC*

### Section B. Calculation Information

| | | | |
|---|---|---|---|
| AVERAGE FINAL COMPENSATION: | (A) | $50,999.88 (STG) | |
| Accrual Rate: | (B) | 0.0182 | |
| Years of Service: | (C) | 25.1000 | |
| Maximum possible STG benefit: | (A) * (B) * (C) | $23,297.77 | |
| | | | |
| Total Annual Benefit: | (D) | $23,297.77 | |
| Early Retirement Factor: | (E) | 1.0000 | |
| Maximum Annual Benefit: | (D) * (E) | $23,297.77 | |



Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 57 of 64



ID 9▮▮▮▮▮▮▮▮▮
Patsy W. Talley

**North Carolina Department of State Treasurer**
**Retirement Systems Division**
3200 Atlantic Ave, Raleigh, NC 27604
1-877-NCSECURE (1-877-627-3287) toll-free • Fax (919) 855-5800
www.myncretirement.com

North Carolina
Total Retirement Plans

## Section C. Available Payment Options

| Option | Monthly Benefit | Survivor Benefit |
|---|---|---|
| Maximum Allowance | $1,941.48 | $0.00 |
| Option 2 - 100% survivorship | $1,649.29 | $1,649.29 |
| Option 3 - 50% survivorship | $1,783.44 | $891.72 |
| * Option 4 - Social Security Leveling After Age 62 | $1,846.34 | $0.00 |
| * Option 4 - Social Security Leveling To Age 62 | $2,703.34 | $0.00 |
| Option 6-2 - Modified 100% survivorship | $1,611.82 | $1,611.82 |
| Option 6-3 - Modified 50% survivorship | $1,761.31 | $880.66 |

* $857.00 was used to calculate Social Security Leveling.

## Section D. Income Tax Information

Our records indicate you have 5 or more years of service credit as of August 12, 1989, therefore your benefit paid by this System is not subject to North Carolina income tax.

All or most of your retirement benefit may be subject to federal income tax since it had not been previously taxed. The taxable portion of your benefit will be indicated on your tax statement in January.

## Section E. Frequently Asked Questions

For more information on the available payment options above, please see your Retirement Benefits Handbook at myncretirement.com.

The benefits shown here may or may not be increased by future Cost of Living Adjustments (COLAs). While COLAs have been granted in many years in the past, they are dependent on either investment gains or additional contributions from employers, neither of which may arise. Even if COLAs are granted, they may be smaller than the inflation in the prices of the goods and services you buy. Therefore, the purchasing power of your benefit could decline substantially over the rest of your lifetime and you may wish to save some of your pension income today to be able to cover higher expenses in the future.

Generally, the longer you work and the higher your salary, the greater your retirement benefit. Your age and/or service at retirement could also combine to eliminate reduction factors and give you a higher retirement benefit. A purchase of retirement service credit may also increase your retirement benefit or may allow you to retire at an earlier date. Again, for additional information please go to myncretirement.com.

## Section F. Disclaimer



11/28/2018 2:18:34 PM

Page 2 of 3

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 58 of 64





**North Carolina Department of State Treasurer**
**Retirement Systems Division**

3200 Atlantic Ave, Raleigh, NC 27604
1-877-NCSECURE (1-877-627-3287) toll-free • Fax (919) 855-5800
www.myncretirement.com

You should not consider any estimate provided to be a representation, contract, or guarantee of any benefit. Any estimate provided is subject to correction for any errors including, but not limited to, data entry or benefit calculations. The availability and amount of a retirement benefit you may be eligible to receive is governed by Retirement System law. Any estimate provided cannot alter, modify, or otherwise change the controlling Retirement System law or governing legal documents in any way, nor can any right accrue to you by reason of any information provided omission of information on the estimate. In the event of a conflict between a benefit estimate and Retirement System law, Retirement System law governs. Any actual retirement benefit will be subject to verification before payment is authorized. This estimate will not reflect the retirement benefit amount that will be payable for retirement dates on and after January 1, 2015, if the benefit exceeds the IRS section 415 (b) annual pension benefit limit.

Contact us at:     (919) 807-3050 Raleigh Area     (877) 627-3287 Toll Free



Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 59 of 64



**North Carolina Department of State Treasurer**
**Retirement Systems Division**
3200 Atlantic Ave, Raleigh, NC 27604
1-877-NCSECURE (1-877-627-3287) toll-free • Fax (919) 855-5800
www.myncretirement.com

## Report of Your Estimated Retirement Benefit
Teachers' and State Employees' Retirement System (TSERS)

### Section A. Retirement Identification

TALLEY, PATSY W ✓
6459 BROAD CREEK RD
WASHINGTON, NC 27889-9735

SSN:
Member ID:
Beneficiary Name:  TALLEY, JR, WILLIAM G
Beneficiary Birth Date:

Retirement Date: 11/1/2008
Retirement Type: Service Retirement
Member Birth Date:
Sick Leave: 44.3600 DAYS

*New AFC*

### Section B. Calculation Information

| | | | |
|---|---|---|---|
| AVERAGE FINAL COMPENSATION: | (A) | $51,470.06 | (STG) |
| Accrual Rate: | (B) | 0.0182 | |
| Years of Service: | (C) | 25.1000 | |
| Maximum possible STG benefit: | (A) * (B) * (C) | $23,512.55 | |
| | | | |
| Total Annual Benefit: | (D) | $23,512.55 | |
| Early Retirement Factor: | (E) | 1.0000 | |
| Maximum Annual Benefit: | (D) * (E) | $23,512.55 | |



11/29/2018 11:24:38 AM

Page 1 of 3

057

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 60 of 64

*Re Calculatrix*



**North Carolina Department of State Treasurer**
**Retirement Systems Division**
3200 Atlantic Ave, Raleigh, NC 27604
1-877-NCSECURE (1-877-627-3287) toll-free • Fax (919) 855-5800
www.myncretirement.com

**North Carolina**
Total Retirement Plans

## Section C. Available Payment Options

| Option | Monthly Benefit | Survivor Benefit | |
|---|---|---|---|
| Maximum Allowance | $1,959.38 | $0.00 | *Prepared 4/23/10* |
| Option 2 - 100% survivorship | $1,664.49 | $1,664.49 | |
| Option 3 - 50% survivorship | $1,799.89 | $899.95 | |
| * Option 4 - Social Security Leveling After Age 62 | $1,864.24 | $0.00 | *New* |
| * Option 4 - Social Security Leveling To Age 62 | $2,721.24 | $0.00 | *Initial* |
| Option 6-2 - Modified 100% survivorship | $1,626.68 | $1,626.68 | *after Money* |
| Option 6-3 - Modified 50% survivorship | $1,777.55 | $888.78 | *Changes with* |
| * $857.00 was used to calculate Social Security Leveling. | | | *Recalc.* |

*Retro payment made 4/27/2010 in Amt. of $322.20*

## Section D. Income Tax Information

Our records indicate you have 5 or more years of service credit as of August 12, 1989, therefore your benefit paid by this System is not subject to North Carolina income tax.

All or most of your retirement benefit may be subject to federal income tax since it had not been previously taxed. The taxable portion of your benefit will be indicated on your tax statement in January.

## Section E. Frequently Asked Questions

For more information on the available payment options above, please see your Retirement Benefits Handbook at myncretirement.com.

The benefits shown here may or may not be increased by future Cost of Living Adjustments (COLAs). While COLAs have been granted in many years in the past, they are dependent on either investment gains or additional contributions from employers, neither of which may arise. Even if COLAs are granted, they may be smaller than the inflation in the prices of the goods and services you buy. Therefore, the purchasing power of your benefit could decline substantially over the rest of your lifetime and you may wish to save some of your pension income today to be able to cover higher expenses in the future.

Generally, the longer you work and the higher your salary, the greater your retirement benefit. Your age and/or service at retirement could also combine to eliminate reduction factors and give you a higher retirement benefit. A purchase of retirement service credit may also increase your retirement benefit or may allow you to retire at an earlier date. Again, for additional information please go to myncretirement.com.

## Section F. Disclaimer



ORBiT
Retirement Systems Division
Order
Retirement
Benefits through
Integrated
Technology

11/28/2016 11:24:36 AM

Page 2 of 3

058

Case 4:22-cv-00027-BO   Document 4-3   Filed 03/24/22   Page 60 of 64

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 61 of 64

 **North Carolina**
Total Retirement Plans

**North Carolina Department of State Treasurer**
**Retirement Systems Division**
3200 Atlantic Ave, Raleigh, NC 27604
1-877-NCSECURE (1-877-627-3287) toll-free • Fax (919) 855-5800
www.myncretirement.com

You should not consider any estimate provided to be a representation, contract, or guarantee of any benefit. Any estimate provided is subject to correction for any errors including, but not limited to, data entry or benefit calculations. The availability and amount of a retirement benefit you may be eligible to receive is governed by Retirement System law. Any estimate provided cannot alter, modify, or otherwise change the controlling Retirement System law or governing legal documents in any way, nor can any right accrue to you by reason of any information provided omission of information on the estimate. In the event of a conflict between a benefit estimate and Retirement System law, Retirement System law governs. Any actual retirement benefit will be subject to verification before payment is authorized. This estimate will not reflect the retirement benefit amount that will be payable for retirement dates on and after January 1, 2015, if the benefit exceeds the IRS section 415 (b) annual pension benefit limit.

Contact us at:    (919) 807-3050 Raleigh Area    (877) 627-3287 Toll Free



11/29/2018 11:24:38 AM

Page 3 of 3

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 62 of 64

Form 2 - Enrollment Blank

## TEACHERS AND STATE EMPLOYEES' RETIREMENT SYSTEM OF NORTH CAROLINA
### RALEIGH, NORTH CAROLINA 27611

(This form may be typed, in duplicate, with both copies being notarized and sent to the Retirement System by the employer. After enrollment, one copy will be returned to the employee, together with a membership card, both for delivery to the member)

FEB 04 1984    Register Number    728100

**APPLICATION**    30710

| 1. LAST NAME | FIRST NAME | MIDDLE NAME | 2. DATE OF BIRTH OF SELF |
|---|---|---|---|
| Talley | Patsy | Walker | Month    Day    Year |

3. HOME ADDRESS (street, town, state, zip code, etc.)
229 Alderson Rd.
Washington, NC 27856

4. SEX   Male □   Female ☒ X

5. Social Security Number

**CERTIFICATION OF EMPLOYER**

The above applicant is a permanent full-time employee of _____ Washington City Schools _____ (Institution, School Unit, or Agency)

located at ___ 508 E. 7th Street, Washington, NC ___ in a position classified as ___ Teacher Aide ___

with beginning date of current employment on or about ___ January 25, 1984 ___, and is entitled to membership in the Teachers' and State Employees' Retirement System.

Date ___ Jan. 19, 1984 ___    ___ Betty Roscoe ___ (Administrative Officer)

**DESIGNATION OF BENEFICIARY**

(Please read carefully the Rules and Regulations on reverse side of this form before completing this Section)

Designation of beneficiary(ies) whom I request the Board of Trustees of the Teachers' and State Employees' Retirement System of North Carolina to pay, in the event of my death before retirement:

A. The total amount of the accumulated contributions with allowable interest standing to my credit in the Retirement System.

| Complete Name | Address | Relationship to Member | Birth Date Month Day Year |
|---|---|---|---|
| Principal | | | |
| William G. Talley, Jr. | 229 Alderson Rd. Washington, NC | Husband | |
| Contingent | | | |

B. The total amount of the death benefit provided under G. S. 135-5 to which I may be entitled.

| Complete Name | Address | Relationship to Member | Birth Date Month Day Year |
|---|---|---|---|
| Principal | | | |
| William G. Talley, Jr. | 229 Alderson Rd. Washington, NC | Husband | |
| Contingent | | | |

I hereby authorize the Board of Trustees of the Retirement System to make payment to the beneficiary(ies) whom I have above nominated and agree on behalf of myself and my heirs and assigns, that payment so made shall be a complete discharge of the claim and shall constitute a release of the Retirement System from any further obligation on account of the benefit. In completing and signing this form, I acknowledge acceptance of the Rules and Regulations printed on the reverse. I reserve the right to change the beneficiary or beneficiaries designated above as prescribed in the Rules and Regulations.

Signature ___ Patsy Walker Talley ___

STATE OF ___ North Carolina ___, COUNTY OF ___ Beaufort ___

On this ___ 19th ___ day of ___ January ___, 19 84, personally appeared before me, the above named ___ Patsy Walker Talley ___ to me known and known to me to be the person described in and who executed the foregoing instrument and he (or she) acknowledged that he (or she) executed the same and being duly sworn by me, made oath that the statements in the foregoing instrument are true.

My Commission expires ___ My Commission Expires August 12, 19__ ___

Signature of Notary Publ ___ Thelma M. Burnell ___
Notary Public (Official Seal)

* Name should agree with the name given your employer for payroll purposes and the name under which you are registered for Social Security purposes.
** If beneficiary is a married lady, indicate her first name and husband's first name. Example: Mary Jones Smith not Mrs. John Albert Smith.

060

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 63 of 64



# Choosing Your Retirement Payment Option

appr in orbit
Building Brighter Futures for Public ...
North Carolina Retirement Systems

Please print or type in black ink.
No erasures, strikeovers, or white-outs permitted in Sections C through F.

## Section A. Please review your personal and retirement information.

| FIRST NAME | MI | LAST NAME | | | SSN | |
|---|---|---|---|---|---|---|
| PATSY | W | TALLEY | | | ████ | |
| MAILING ADDRESS | | | | | MEMBER ID | |
| 831 W 2ND ST | | | | | 974693 | |
| CITY | | STATE | ZIP CODE | TELEPHONE NO. | DATE OF BIRTH | |
| WASHINGTON | | NC | 27889 | | ████ | |
| RETIREMENT SYSTEM | | | | EFFECTIVE RETIREMENT DATE | 11 08 | |

## Section B. Understand the Guaranteed Refund applies to any option you choose.

The Guaranteed Refund feature provides that under all retirement options, if you and your monthly survivorship beneficiary die before exhausting the total of your accumulated contributions at the date of your retirement, any remaining portion will be paid in a lump sum payment to the beneficiary (ies) you designate. The purchase of additional creditable service after retirement (less the administrative fee) is also covered by the Guaranteed Refund feature, as well as NC 401 (k) Plan employee contributions that you transferred to the Retirement System if you are a law enforcement officer. If all of your accumulated contributions have been exhausted, your monthly retirement benefit will continue, but the Guaranteed Refund will not be payable. After you have completed this form to choose your option and survivorship beneficiary (if applicable), you may designate the beneficiary(ies) of your Guaranteed Refund using a form that will be mailed to you, the Form 336 (Designating Beneficiary(ies) for Your Guaranteed Refund).

## Section C. Please read Guide A, then choose one of the following payment options.

You have a choice of retirement payment options. Please read Guide A and refer to your *Report of Your Initial Retirement Benefit* and make your choice.

| Option | | Description |
|---|---|---|
| Maximum Allowance | ☐ | Basic straight life benefit with no monthly survivorship. |
| Option Two | ☐ | 100% joint and survivorship with one monthly survivorship beneficiary designated in Section D. |
| Option Three | ☐ | 50% joint and survivorship with one monthly survivorship beneficiary designated in Section D. |
| Option Four | ☒ | Adjustment of retirement allowance and social security benefits with no monthly survivorship. (You must attach a statement from the Social Security Administration if you have not submitted one already. See Guide A.) |
| Option Six-Two | ☐ | 100% joint and survivorship with one monthly survivorship beneficiary designated in Section D, increasing to maximum allowance if survivorship beneficiary dies first. |
| Option Six-Three | ☐ | 50% joint and survivorship with one monthly survivorship beneficiary designated in Section D, increasing to maximum allowance if survivorship beneficiary dies first. |
| None of the Above | ☐ | I have reviewed my estimate of retirement options and decided that I want to cancel my current application for retirement and apply for retirement at another time. (Skip to Sections E and G only.) |

## Section D. Please read Guide B, then designate your survivorship beneficiary, IF applicable.

Complete this section only if you selected Option Two, Three, Six-Two, or Six-Three. If you selected Maximum Allowance or Option 4, leave this section blank. You may not designate this same beneficiary as a beneficiary of your Guaranteed Refund on the Form 336.

| ☐ M ☐ F | FIRST NAME | MI | LAST NAME | SSN | SPOUSE? ☐ YES ☐ NO | DATE OF BIRTH |
|---|---|---|---|---|---|---|
| | MAILING ADDRESS | | | CITY | STATE | ZIP CODE |

**Please continue to the next page.**

REV 20081002

6E

Page 1 of 2

RETIREMENT SYSTEMS
Received
OCT 16 2008
DIVISION

Talley v. Folwell et al
Complaint Exhibit 3 (Ds List of Certain Overpayments in 19 DST 03536)
Page 64 of 64

## Section E.   Please authorize with your signature.

I revoke, as of the effective date of my retirement, any previous designation of beneficiary for any benefit or election of payment option except with respect to the death benefit, if applicable.

I now elect to have my monthly retirement benefits payable according to the option selected in Section C; and if I elected Option Two, Three, Six-Two, or Six-Three, I hereby designate my survivor for a monthly survivorship benefit in Section D.

I understand that if I elected Option Two or Three, and I named my spouse as monthly survivorship beneficiary, but my spouse dies, and I remarry, I may elect to name my new spouse as monthly survivorship beneficiary. This designation must be made within 90 days of remarriage under the same option with an additional reduction in my benefit amount and properly filed with the Retirement System within 120 days of the remarriage.

Iu nderstand I cannot change the elected retirement payment option, nor can I change the beneficiary for the monthly survivorship benefit, except under the following conditions:

• If the first retirement check has not been cashed, and it is prior to the 25th of the month following the month the first benefit check was mailed; and furthermore, the first check has been returned.

• If I have become divorced from my monthly survivorship beneficiary provided he/she was my spouse at the time of retirement.

• If I return to employment covered by the retirement system under which I retired, and I contribute to a new account for at least three years.

I certify by my signature that I have read the Guides A and B and have completed pages 1 and 2 of this form.

Signature _Patsy W. Talley_____     Date _10/5/08_

## Section F.   Please have this form notarized. Improperly notarized forms will not be accepted.

Notary Public Certification

State of _NC_          County of _B_

I, _Linda K Mizell_, a notary public for said State and County,
do hereby certify that _Patsy W. Talley_ personally appeared
before me this date and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal this the _15th_ day of _October_, 20 _08_

Signature of Notary _Linda K Mizell_

My commission expires _3-18-2030_

## Section G.   Please submit the completed form by mail.

You may mail the completed form to the address below.

You must return this form within 90 days of receipt. If any erasures, strikeovers, or white-outs are in the payment option, beneficiary designation, signature line, or notary section (Sections C through F), an entirely new form will be required. You will receive an acknowledgement letter when the Retirement System has received this form.

Thank you.

N.C. Department of State Treasurer, Retirement Systems Division
325 North Salisbury Street, Raleigh, North Carolina 27603-1385
(919) 807-3050 in the Raleigh area or (877) 627-3287 toll free
www.myncretirement.com

REV 20081002

**6E**

| MEMBERS LAST NAME | MEMBERS SSN | |
|---|---|---|
| TALLEY | | Page 2 of 2 |