UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| PATSY TALLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| DALE FOLWELL, LENTZ BREWER, JOHN, EBBIGHAUSEN, VERNON GAMMON, DIRK GERMAN, BARBARA GIBSON, LINDA GUNTER, OLIVER HOLLEY, GREG PATTERSON, MARGARET READER, JOSHUA SMITH, CATHERINE TRUITT, and JEFFREY WINSTEAD, | ) | 4:22-CV-27-BO |
| Defendants. | ) | |

Decision by Court.
This cause comes before the Court on defendants' motion for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion for judgment on the pleadings [DE 34] is GRANTED and plaintiff's motion to amend her complaint [DE 37] is DENIED. In light of the foregoing, the motion to stay discovery pending resolution of the motion for judgment on the pleadings [DE 40], motion to amend the scheduling order [DE 42], motions to compel [DE 47 & 49], motion for protective order [DE 53], and the motion to deem response to motion to compel timely filed [DE 60] are DENIED AS MOOT. The motion to seal confidential information filed by plaintiff at [DE 47-2] filed by non-party Department of State Treasurer, Retirement Systems Division [DE 52] is GRANTED. Plaintiffs motion for leave to file a surreply [DE 58] is DENIED. Plaintiff shall file a redacted version of [DE 47-2] in accordance with the foregoing within five (5) days of the date of entry of this order.

This case is closed.

**This judgment filed and entered on February 21, 2024, and served on:**
June K. Allison (via CM/ECF Notice of Electronic Filing)
Valerie L. Bateman (via US Mail to 144 Leake Street, Carthage, NC 28327)
Katherine A. Murphy (via US Mail to 144 Leake Street, Carthage, NC 28327)
Marc X. Sneed (via US Mail to 144 Leake Street, Carthage, NC 28327)
Mary Woodell Scruggs (via US Mail to 144 Leake Street, Carthage, NC 28327)

February 21, 2024

PETER A. MOORE, JR., CLERK

/s/ Lindsay Stouch
By: Deputy Clerk