IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No.: 4:22-cv-00027-BO

| | |
|---|---|
| PATSY TALLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DALE R. FOLWELL, et al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

PLEASE take notice that Plaintiff hereby appeals to the United States Court of Appeals for the Fourth Circuit Court of Appeals from the interlocutory Order entered in this action on January 18, 2023, (DE21), the final Order entered on February 21, 2024, (DE63), and the Judgment entered February 21, 2024 (DE64) by the Honorable Terrence W. Boyle.

Respectfully submitted, this 9th day of March 2024.

/S/ VALERIE L. BATEMAN  
Valerie L. Bateman  
NEW SOUTH LAW FIRM  
N.C. Bar 13417  
209 Lloyd St., Ste 350  
Carrboro, NC 27510  
Telephone: (919) 810-3139  
Email: valerie@newsouthlawfirm.com  

/S/ JUNE K. ALLISON  
June K. Allison  
NEW SOUTH LAW FIRM  
N.C. Bar 9673  
233 S. Laurel Ave.  
Charlotte, NC 28207  
Telephone: (704) 277-0113  
Email: june@newsouthlawfirm.com  

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF APPEAL** using the CM/ECF filing system which will automatically send email notification of such filing to all counsel of record.

This 9th day of March 2024.

/S/ VALERIE L. BATEMAN
Valerie L. Bateman
NEW SOUTH LAW FIRM